The Hon. James. L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD, a Washington Company, and SAFTI-SEAL, INC., a Washington company,<br><br>Defendants. | Case No. 2:18-cv-00659-JLR<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED ANSWER AND COUNTERCLAIMS**<br><br>NOTE ON MOTION CALENDAR:<br>June 28, 2018 |

Plaintiffs California Expanded Metal Products Company ("CEMCO") and Clarkwestern Dietrich Building Systems LLC, d.b.a. ClarkDietrich Building Systems ("ClarkDietrich") (collectively "Plaintiffs"), by and through their counsel of record and pursuant to Local Civil Rule 7(d)(1) and Federal Rule of Civil Procedure 15, move the Court to extend the time for Plaintiffs to respond to Defendants James A. Klein ("Klein"), BlazeFrame Industries, Ltd. ("BlazeFrame"), and Safti-Seal, Inc.'s ("Safti-Seal") (collectively, "Defendants") Amended Answer and Counterclaims.

**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO AMENDED ANSWER AND COUNTERCLAIMS**

Rule 15(a)(3) of the Federal Rules of Civil Procedure provides that when a party has filed an amended pleading to which a responsive pleading is required, "[u]nless the court orders otherwise, any required response to an amended pleading must be made . . . within 14 days after service of the amended pleading, whichever is later."

On June 15, 2018, Defendants filed an Amended Answer and Counterclaims (ECF No. 71). Plaintiffs' responsive pleading is presently due on June 29, 2018.

Pursuant to LCR 10(g) the parties advise the Court that the extension of time for Plaintiffs to respond is needed because the parties are still addressing certain of Defendants' affirmative defenses.

The parties agreed to extend the deadline for Plaintiffs to file their responsive pleading up to and until July 9, 2018.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | TROJAN LAW OFFICES |
|  | by |
| June 28, 2018 | /s/ R. Joseph Trojan<br>R. Joseph Trojan *(pro hac vice)*<br>9250 Wilshire Blvd.<br>Beverly Hills, CA<br>Attorney for Plaintiff,<br>CALIFORNIA EXPANDED METAL PRODUCTS COMPANY |
| June 28, 2018 | /s/ Brian Bodine<br>Brian Bodine (WSBA No. 22414)<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4200<br>Seattle, WA 98111<br>Telephone: 206-223-7000<br>Attorney for Plaintiff,<br>CALIFORNIA EXPANDED METAL PRODUCTS COMPANY |

Motion and Order to Extend Time
Case No. 2:15-cv-01096-JLR

| | | |
|---|---|---|
| June 28, 2018 | | /s/ Ann G. Schoen |
| | | Ann G. Schoen *(pro hac vice)* |
| | | FROST BROWN TODD LLC |
| | | 301 East Fourth Street, Suite 3300 |
| | | Cincinnati, OH 45202 |
| | | Telephone: 513-651-6128 |
| | | Attorney for Plaintiff, |
| | | CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC |

June 28, 2018

/s/ Robert J. Carlson
Robert J. Carlson (WSBA No. 18455)
LEE & HAYES PLLC
701 Pike Street, Suite 1600
Seattle, WA 98101
Telephone: 206-876-6029
Attorney for Plaintiff,
CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC

June 28, 2018

/s/ Patrick C. Bageant
Patrick C. Bageant (No. 44268)
HOLLYSTONE LAW
1775 West State Street, #286
Boise, ID 83702
Telephone: 208-596-5343

Thomas E Loop (No. 27546)
LOOP INTELLECTUAL PROPERTY LAW
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: 206-568-3100

Thomas J. Lloyd, III *(pro hac vice)*
Greener Burke Shoemaker Oberrecht PA
950 West Bannock Street Suite 950
Boise, ID 83702
Telephone: 208-319-2600

Attorneys for Defendants.

Motion and Order to Extend Time
Case No. 2:15-cv-01096-JLR

3

IT IS SO ORDERED

Dated: June 29, 2018

By: _____
The Honorable James A. Robart
United States District Judge

Motion and Order to Extend Time
Case No. 2:15-cv-01096-JLR

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2018, I filed the foregoing document with the above-captioned court's CM/ECF system, which will cause it to be served electronically upon all counsel of record:

By: /s/ R. Joseph Trojan

0121667.0656744  4845-8624-7532v1