The Hon. James. L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD, a Washington Company, and SAFTI-SEAL, INC., a Washington company,<br><br>Defendants. | Case No. 2:18-cv-00659-JLR<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY CUT-OFF**<br><br>NOTE ON MOTION CALENDAR:<br>May 6, 2019 |

Pursuant to Local Civil Rule 16(b)(5), and subject to the Court's approval, Plaintiffs California Expanded Metal Products Company ("CEMCO") and Clarkwestern Dietrich Building Systems LLC, d.b.a. ClarkDietrich Building Systems ("ClarkDietrich") (collectively "Plaintiffs"), and Defendants James A. Klein, BlazeFrame Industries, Ltd., and Safti-Seal, Inc. (collectively, "Defendants"), by and through their counsel of record, move the Court to extend Discovery cut-off from June 28, 2019 to **July 29, 2019** and related dates as set forth below. The requested extension

Motion And Order To Extend Discovery Cut-Off - 1
Case No. 2:15-cv-01096-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

The Hon. James. L. Robart

will *not* affect the Dispositive Motion cut-off of August 6, 2019, the Pretrial conference set for November 25, 2019, or the Trial scheduled for December 2, 2019. Good cause exists for the extension as follows.

**STIPULATED MOTION TO EXTEND DISCOVERY CUT-OFF**

Based on the Court's recent Claim Construction Order, Plaintiffs request an extension of the Discovery cut-off because Plaintiffs will file a motion for partial summary judgment on their patent infringement claims by May 10, 2019,[1] the result of which could partially obviate the need for expert discovery.

More specifically, on April 17, 2019 the Court issued a 35-page Claim Construction Order, construing in detail the four patents at issue.[2] (Dkt. #98.) In light of the Court's Claim Construction Order, Plaintiffs diligently requested to meet and confer on the summary judgment motion on April 25, 2019, and the Parties met and conferred on May 2, 2019. (Declaration of Dylan C. Dang, ¶1.) Plaintiffs anticipate filing the summary judgment motion on or by May 10, 2019, with a Noting Date of June 7, 2019.

Under the Court's Scheduling Order, opening expert reports are also due on May 10, 2019. (Dang Decl., ¶2.) If Plaintiffs prevail on the patent infringement claims, it would obviate the need for the Parties to retain technical experts to opine on infringement. (Patent validity is not at issue in the case. (Dkt. #91).) The Parties could thus devote their resources and focus their efforts on the preparation of expert reports on the issue of damages. On the other hand, if the patent

---

[1] Defendants filed a motion for summary judgment on June 28, 2018 (Dkt.#72), which was denied (Dkt. #89).

[2] U.S. Patent No. 7,681,365 ("the '365 Patent"), U.S. Patent No. 7,814,718 ("the '718 Patent"), U.S. Patent No. 8,136,314 ("the '314 Patent"), and U.S. Patent No. 8,151,526 ("the '526 Patent") (collectively, "the Patents").

Motion And Order To Extend Discovery Cut-Off - 2
Case No. 2:15-cv-01096-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

infringement claims are not resolved on summary judgment, the Parties request an extension of discovery to address the issues pertaining to both patents and damages.

Thus, subject to the Court's approval, the Parties have stipulated to extending the deadlines for discovery as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Opening Expert Reports due | May 10, 2019 | June 17, 2019 |
| Rebuttal Expert Reports due | June 7, 2019 | July 15, 2019 |
| Discovery cut-off | June 28, 2018 | July 29, 2019 |
| Dispositive motions (and motions challenging expert witness testimony) due | August 6, 2019 | Unchanged |
| Pretrial conference | November 25, 209 | Unchanged |
| Trial conference | December 2, 2019 | Unchanged |

The requested extension will not affect the other dates in the case. As Plaintiffs intend to file a dispositive motion well before the August 6, 2019 deadline, the extension of expert discovery will not likely have any impact on the dispositive motion cut-off deadline. The trial scheduled at the end of the year will also not be affected. Therefore, based on the foregoing, the parties respectfully request that the Court GRANT this stipulated motion.

> The court cautions the parties that it will not grant any further extensions of the pretrial deadlines in this matter. Should the parties seek to continue the trial date, they may ask the court to move this matter to the end of the trial calendar.
>
> /s/ JLR

Motion And Order To Extend Discovery Cut-Off - 3
Case No. 2:15-cv-01096-JLR

| | | |
|---|---|---|
| | | Respectfully submitted, |
| | | TROJAN LAW OFFICES |
| | | by |
| 6 | May 6, 2019 | /s/ R. Joseph Trojan |
| | | R. Joseph Trojan *(pro hac vice)* |
| | | 9250 Wilshire Blvd. |
| | | Beverly Hills, CA |
| | | Attorney for Plaintiff, |
| | | CALIFORNIA EXPANDED METAL PRODUCTS COMPANY |
| 11 | May 6, 2019 | /s/ Brian G. Bodine |
| | | Brian G. Bodine (WSBA No. 22414) |
| | | LANE POWELL PC |
| | | 1420 Fifth Avenue, Suite 4200 |
| | | Seattle, WA 98111 |
| | | Telephone: 206-223-7000 |
| | | Attorney for Plaintiff, |
| | | CALIFORNIA EXPANDED METAL PRODUCTS COMPANY |
| 17 | May 6, 2019 | /s/ Ann G. Schoen |
| | | Ann G. Schoen *(pro hac vice)* |
| | | FROST BROWN TODD LLC |
| | | 301 East Fourth Street, Suite 3300 |
| | | Cincinnati, OH 45202 |
| | | Telephone: 513-651-6128 |
| | | Attorney for Plaintiff, |
| | | CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC |
| 23 | May 6, 2019 | /s/ Robert J. Carlson |
| | | Robert J. Carlson (WSBA No. 18455) |
| | | LEE & HAYES PLLC |
| | | 701 Pike Street, Suite 1600 |
| | | Seattle, WA 98101 |
| | | Telephone: 206-876-6029 |
| | | Attorney for Plaintiff, |
| | | CLARKWESTERN DIETRICH BUILDING |

Motion And Order To Extend Discovery Cut-Off - 4
Case No. 2:15-cv-01096-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

SYSTEMS LLC

May 6, 2019                    /s/ Patrick C. Bageant
                               Patrick C. Bageant (No. 44268)
                               HOLLYSTONE LAW
                               1775 West State Street, #286
                               Boise, ID 83702
                               Telephone: 208-596-5343

                               Thomas E Loop (No. 27546)
                               LOOP INTELLECTUAL PROPERTY LAW
                               1700 Seventh Avenue, Suite 2100
                               Seattle, WA 98101
                               Telephone: 206-568-3100

                               Thomas J. Lloyd, III (*pro hac vice*)
                               Greener Burke Shoemaker Oberrecht PA
                               950 West Bannock Street Suite 950
                               Boise, ID 83702
                               Telephone: 208-319-2600

                               Attorneys for Defendants.

IT IS SO ORDERED

Dated: 7 May 2019              By: _____
                               The Honorable James A. Robart
                               United States District Judge

Motion And Order To Extend Discovery Cut-Off - 5
Case No. 2:15-cv-01096-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2019, I filed the foregoing document with the above-captioned court's CM/ECF system, which will cause it to be served electronically upon all counsel of record:

tjl@elamburke.com
thomas@seattlepatentlaw.com
pbageant@hollystonelaw.com
bob@leehayes.com
JKersting@fbtlaw.com
ASchoen@fbtlaw.com
torjan@trojanlawoffices.com

By: /s/ Brian G. Bodine

0121667.0656744   4845-8624-7532v1

Motion And Order To Extend Discovery Cut-Off - 6
Case No. 2:15-cv-01096-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107