The Honorable James L. Robart

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company<br><br>     Plaintiffs,<br> v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD, a Washington Company, and SAFTI-SEAL, INC., a Washington company,<br><br>     Defendants. | CASE NO. 2:18–cv–00659–JLR<br><br>**SUPPLEMENTAL DECLARATION OF R. JOSEPH TROJAN IN SUPPORT OF PLAINTIFFS' COMBINED (1) REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND (2) OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

Supp. Trojan Declaration
CASE NO. 2:18–cv–00659–JLR

1

TROJAN LAW OFFICES
BEVERLY HILLS

The Honorable James L. Robart

I, R. Joseph Trojan, hereby declare and state that:

1. I am an attorney at law, duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am the owner of Trojan Law Offices, the attorneys of record for Plaintiff California Expanded Metal Products Company ("CEMCO"). I have personal knowledge of the facts stated herein. If called upon to do so, I could and would competently testify that:

2. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from Defendant Safti-Seal's responses to CEMCO's interrogatory requests.

3. Attached hereto as **Exhibit 18** is a true and correct copy of Defendant Safti-Seal's responses to CEMCO's first set of requests for production of documents.

4. Attached hereto as **Exhibit 19** is a true and correct copy of a Safti-Seal video from the website: https://www.youtube.com/watch?v=iT_n6chfVuk.

5. Attached hereto as **Exhibit 20** is a true and correct copy of a chart compiled by my office with drawings of the accused Safti-Seal products from the Safti-Seal website: https://www.saftiseal.com.

6. Attached hereto as **Exhibit 21** is a true and correct copy of the "Business Information" regarding Safti-Seal obtained by my office from the Washington Secretary of State Website: https://ccfs.sos.wa.gov/.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24th day of June, 2019 at Beverly Hills, California.

/s/R. Joseph Trojan
R. Joseph Trojan

Supp. Trojan Declaration                           -1-
CASE NO. 2:18-cv-00659-JLR

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June 2019, I caused to have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

tjl@elamburke.com

thomas@seattlepatentlaw.com

pbageant@hollystonelaw.com

bob@leehayes.com

bodineb@lanepowell.com

JKersting@fbtlaw.com

ASchoen@fbtlaw.com

TROJAN LAW OFFICES

by

/s/ R. Joseph Trojan
R. Joseph Trojan *(pro hac vice)*
9250 Wilshire Blvd.
Beverly Hills, CA
Attorney for Plaintiff,
CALIFORNIA EXPANDED
METAL PRODUCTS COMPANY

Supp. Trojan Declaration
CASE NO. 2:18–cv–00659–JLR

-2-

TROJAN LAW OFFICES
BEVERLY HILLS