The Hon. James. L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company<br><br>Plaintiffs,<br>v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD, a Washington Company, and SAFTI-SEAL, INC., a Washington company,<br><br>Defendants. | Case No. 2:18-cv-00659-JLR<br><br>**STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND DISCOVERY CUT-OFF FOR EXPERT WITNESS DEPOSITION**<br><br>NOTE ON MOTION CALENDAR:<br>July 29, 2019 |

Pursuant to Local Civil Rule 16(b)(5), and subject to the Court's approval, Plaintiffs California Expanded Metal Products Company ("CEMCO") and Clarkwestern Dietrich Building Systems LLC, d.b.a. ClarkDietrich Building Systems ("ClarkDietrich") (collectively "Plaintiffs"), and Defendants James A. Klein, BlazeFrame Industries, Ltd., and Safti-Seal, Inc. (collectively, "Defendants"), by and through their counsel of record, move the Court to extend Discovery cut-off to take a single expert witness deposition after the current discovery cut-off date of **July 29, 2019**.

131697.0001/7737528.2

Motion And [~~Proposed~~] Order To Extend Discovery
Cut-Off - 1
Case No. 2:15-cv-01096-JLR

The Hon. James. L. Robart

If granted, the requested extension will *not* affect any other deadline set by the Court. Good cause exists for the extension as follows.

**STIPULATED MOTION TO EXTEND DISCOVERY CUT-OFF**

Under the Court's current scheduling order, discovery is set to close today, July 29, 2019. The deposition of Defendants' expert witness, Dan Lindsay, was set to occur on July 29, 2019. Unfortunately, Mr. Lindsay became ill and informed the parties by email on Sunday, July 28, 2019, that he would not be available to be deposed as scheduled. *See* July 29, 2019, Bageant Decl. Exh. A. To allow Mr. Lindsay to recover from his illness, the parties agreed, subject to the Court's approval, to reschedule the deposition to August 1, 2019, in Houston, Texas. Thus, subject to the Court's approval, the Parties have stipulated to extending the deadlines for discovery to take Mr. Lindsay's deposition until August 1, 2019.

The requested extension will not affect the other dates in the case. The trial scheduled at the end of the year will also not be affected. Therefore, based on the foregoing, the parties respectfully request that the Court GRANT this stipulated motion.

Respectfully submitted,

TROJAN LAW OFFICES

by

July 29, 2019

/s/ R. Joseph Trojan
R. Joseph Trojan *(pro hac vice)*
9250 Wilshire Blvd.
Beverly Hills, CA
Attorney for Plaintiff,
CALIFORNIA EXPANDED METAL PRODUCTS COMPANY

131697.0001/7737528.2

Motion And [Proposed] Order To Extend Discovery Cut-Off - 2
Case No. 2:15-cv-01096-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | | |
|---|---|---|
| 1 | | |
| 2 | July 29, 2019 | /s/ Brian G. Bodine |
| 3 | | Brian G. Bodine (WSBA No. 22414) |
| | | LANE POWELL PC |
| 4 | | 1420 Fifth Avenue, Suite 4200 |
| | | Seattle, WA 98111 |
| 5 | | Telephone: 206-223-7000 |
| | | Attorney for Plaintiff, |
| 6 | | CALIFORNIA EXPANDED METAL PRODUCTS |
| | | COMPANY |
| 7 | | |
| 8 | July 29, 2019 | /s/ Ann G. Schoen |
| | | Ann G. Schoen *(pro hac vice)* |
| 9 | | FROST BROWN TODD LLC |
| | | 301 East Fourth Street, Suite 3300 |
| 10 | | Cincinnati, OH 45202 |
| | | Telephone: 513-651-6128 |
| 11 | | Attorney for Plaintiff, |
| 12 | | CLARKWESTERN DIETRICH BUILDING |
| | | SYSTEMS LLC |
| 13 | | |
| 14 | July 29, 2019 | /s/ Robert J. Carlson |
| | | Robert J. Carlson (WSBA No. 18455) |
| 15 | | LEE & HAYES PLLC |
| | | 701 Pike Street, Suite 1600 |
| 16 | | Seattle, WA 98101 |
| | | Telephone: 206-876-6029 |
| 17 | | Attorney for Plaintiff, |
| 18 | | CLARKWESTERN DIETRICH BUILDING |
| | | SYSTEMS LLC |
| 19 | | |
| 20 | July 29, 2019 | /s/ Patrick C. Bageant |
| | | Patrick C. Bageant (No. 44268) |
| 21 | | HOLLYSTONE LAW |
| | | 1775 West State Street, #286 |
| 22 | | Boise, ID 83702 |
| 23 | | Telephone: 208-596-5343 |
| 24 | | Thomas E Loop (No. 27546) |
| | | LOOP INTELLECTUAL PROPERTY LAW |
| 25 | | 1700 Seventh Avenue, Suite 2100 |
| | | Seattle, WA 98101 |
| 26 | | Telephone: 206-568-3100 |
| 27 | 131697.0001/7737528.2 | |
| 28 | Motion And [Proposed] Order To Extend Discovery Cut-Off - 3 Case No. 2:15-cv-01096-JLR | LANE POWELL PC 1420 FIFTH AVENUE, SUITE 4200 P.O. BOX 91302 SEATTLE, WA 98111-9402 206.223.7000 FAX: 206.223.7107 |

The Hon. James. L. Robart

1
2   Thomas J. Lloyd, III (*pro hac vice*)
    Greener Burke Shoemaker Oberrecht PA
3   950 West Bannock Street Suite 950
    Boise, ID 83702
4   Telephone: 208-319-2600

5   Attorneys for Defendants.

6
7                    [~~PROPOSED~~] ORDER

8   IT IS SO ORDERED

9
    Dated: 30 July 2019                By: _____
10                                      The Honorable James L. Robart
11                                      United States District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  131697.0001/7737528.2
                                                           LANE POWELL PC
28  Motion And [~~Proposed~~] Order To Extend Discovery    1420 FIFTH AVENUE, SUITE 4200
    Cut-Off - 4                                            P.O. BOX 91302
    Case No. 2:15-cv-01096-JLR                             SEATTLE, WA 98111-9402
                                                           206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2019, I filed the foregoing document with the above-captioned court's CM/ECF system, which will cause it to be served electronically upon all counsel of record:

tjl@elamburke.com
thomas@seattlepatentlaw.com
pbageant@hollystonelaw.com
bob@leehayes.com
JKersting@fbtlaw.com
ASchoen@fbtlaw.com
torjan@trojanlawoffices.com

By: /s/ Brian G. Bodine

0121667.0656744 4845-8624-7532v1

131697.0001/7737528.2

Motion And Order To Extend Discovery Cut-Off - 6
Case No. 2:15-cv-01096-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107