UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, et al., Plaintiffs, v. JAMES A. KLEIN, et al., Defendants. | CASE NO. C18-0659JLR<br><br>ORDER REGARDING PLAINTIFFS' NOTICE OF WITHDRAWAL AND DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTIONS IN LIMINE |
|---|---|

On November 8, 2019, Plaintiffs California Expanded Metal Products Company and Clarkwestern Dietrich Building Systems LLC (collectively, "Plaintiffs") filed three motions *in limine* seeking to exclude the following evidence: (1) the expert report of Dr. Stephen Pessiki and related testimony; (2) evidence and testimony from Defendant James A. Klein related to the stricken June 28, 2019 declaration; and (3) the expert report of Daniel Lindsay and related testimony. (*See* Plfs. MIL (Dkt. # 120).) On November 14,

//

2019, Plaintiffs filed a notice of withdrawal of its motions *in limine*. (*See* Not. (Dkt. # 126).) That notice states:

> In light of the Court's instruction at the pretrial conference held on November 13, 2019 that issues decided in the Court's Order on Cross-Motions for Summary Judgment (Dkt. # 117) will not be relitigated at trial, Plaintiffs . . . hereby withdraw their Motions in Limine (Dkt. # 120).

(*Id.* at 1.)

After Plaintiffs filed this notice of withdrawal, Defendants James A. Klein, Safti-Seal, Inc., and BlazeFrame Industries, Ltd. (collectively, "Defendants") filed a response to Plaintiffs' motions *in limine* on November 18, 2019. (Resp. (Dkt. # 131).) Defendants assert that Plaintiffs only withdrew their first and third motions *in limine* pertaining to expert testimony, and that Plaintiffs' second motion *in limine* relating to the testimony of Mr. Klein "remains pending." (*See id.* at 2.)

Plaintiffs' notice of withdrawal is unequivocal. It states that "Plaintiffs . . . hereby withdraw their Motions in Limine (Dkt. # 120)." (*See* Not. at 1.) Nothing in the notice of withdrawal supports Defendants' reading that Plaintiffs withdrew only their first and third motions *in limine*. (*See id.*) The court will not adjudicate withdrawn motions.

Dated this 21st day of November, 2019.

JAMES L. ROBART
United States District Judge