# EXHIBIT LIST OF DEFENDANTS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| A1. | Native Excel spreadsheet describing joints in inches | CDWA_000035 | | X | | | | | | |
| A2. | Native Excel spreadsheet describing projects | CDWA_005159 | | X | | | | | | |
| A3. | Native Excel spreadsheet describing BlazeFrame financials | CDWA_005505 | | X | | | | | | |
| A4. | OMITTED | | | | | | | | | |
| A5. | OMITTED | | | X | X | | | | | |
| A6. | OMITTED | | | X | X | | | | | |
| A7. | OMITTED | | | | | | | | | |
| A8. | Native PowerPoint presentation describing CEMCO 2017 business | CEMCO 0000136 | | X | | | | | | |
| A9. | Native Excel spreadsheet describing royalty sales | CEMCO 0000215 | | X | | | | | | |
| A10. | Native Excel spreadsheet describing royalty sales | CEMCO 0000324 | | X | | | | | | |

# EXHIBIT LIST OF DEFENDANTS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| A11. | Native Excel spreadsheet describing royalty sales | CEMCO 0000328 | | | X | | | | | |
| A12. | Native PowerPoint presentation describing "notable items" | CEMCO 0000472 | | | X | | | | | |
| A13. | Native Excel spreadsheet describing royalty sales | CEMCO 0000561 | | | X | | | | | |
| A14. | Native Excel spreadsheet describing royalty sales | CEMCO 0000649 | | | X | | | | | |
| A15. | Native Excel spreadsheet describing royalty sales | CEMCO 0000651 | | | X | | | | | |
| A16. | Native Excel spreadsheet describing royalty sales | CEMCO 0001103 | | | X | | | | | |
| A17. | Native Excel spreadsheet describing royalty sales | CEMCO 0001233 | | | X | | | | | |
| A18. | Native Excel spreadsheet describing royalty sales | CEMCO 0001354 | | | X | | | | | |
| A19. | Native MS Word Document describing HILTI license with CEMCO | CEMCO 0001428 | | | | | | | | |
| A20. | Native Excel spreadsheet describing royalty sales | CEMCO 0001926 | | | X | | | | | |

# EXHIBIT LIST OF DEFENDANTS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| A21. | April 12, 2019, email from Bradford Marchi, subject "Royalty Statement – March 2019" | CEMCO 0002553 | | X | | | | | | |
| A22. | PDF entitled "Nonstructural Metal Framing" | CDWA_000001-5158 | | X | | | | | | |
| A23. | PDF spreadsheet describing royalty sales | CDWA_005505 - 5668 | | X | | | | | | |
| A24. | OMITTED | | | X | X | | | | | |
| A25. | OMITTED | | | X | X | | | | | |
| A26. | ClarkDeitrich Data Sheet DL – Deep Leg track | CDWA_008679-94 | | X | | | | | | |
| A27. | PDF entitled "Settlement Agreement" | CDWA_008848-8860 | | X | | | | | | |
| A28. | OMITTED | | | X | | | | | | |
| A29. | PDF PowerPoint presentation entitled "proprietary project update" | CEMCO 0000136-140 | | X | | | | | | |
| A30. | PDF spreadsheet describing royalty sales | CEMCO 0000136 | | X | | | | | | |

# EXHIBIT LIST OF DEFENDANTS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| A31. | PDF spreadsheet describing royalty sales | CEMCO 0000324-25 | | | X | | | | | |
| A32. | Email and attachment from Eric Larson dated August 21, 2017, subject "2-Year Royalty Recap" | CEMCO 0000327-29 | | | X | | | | | |
| A33. | PDF of PowerPoint entitled "Notable Items" | CEMCO 0000472-478 | | | X | | | | | |
| A34. | PDF spreadsheet describing royalty sales | CEMCO 0000561 | | | X | | | | | |
| A35. | PDF entitled "California Expanded Metals Products Internal Memo" dated October 2, 2017 | CEMCO 0000633-637 | | | X | | | | | |
| A36. | PDF spreadsheet describing royalty sales | CEMCO 0000649 | | | X | | | | | |
| A37. | PDF spreadsheet describing royalty sales | CEMCO 0000651 | | | X | | | | | |
| A38. | PDF document entitled "Business Development – Partner Overview" dated March 11, 2018 | CEMCO 0001054-57 | | | X | | | | | |
| A39. | PDF Spreadsheet entitled "CEMCO BlazeFrame Royalty" | CEMCO 0001103 | | | X | | | | | |

# EXHIBIT LIST OF DEFENDANTS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| A40. | Email from Mark Poliquin dated April 11, 2018, subject "question about a Markman Hearing" | CEMCO 0001218-19 | | X | | | | | | |
| A41. | PDF spreadsheet describing royalty sales | CEMCO 0001233 | | X | | | | | | |
| A42. | Email from "unspecified sender" dated May 11, 2018, subject "Call recap" | CEMCO 0001324 | | | | | | | | |
| A43. | PDF spreadsheet describing royalty sales | CEMCO 0001324 | | X | | | | | | |
| A44. | PDF document entitled "If HILTI takes a licensing fee from CEMCO" | CEMCO 0001428-1429 | | X | | | | | | |
| A45. | Email from Don Pilz, dated October 5, 2018, subject "Dealing with JK" | CEMCO 0001871 | | | | | | | | |
| A46. | Email from "Unspecified Sender" dated October 12, 2018, subject "UL Project#. . . ." | CEMCO 0001907-09 | | | | | | | | |
| A47. | Email from Don Pilz dated October 12, 2018, subject "UL Project#. . . ." | CEMCO 0001911-13 | | | | | | | | |
| A48. | PDF spreadsheet describing royalty sales | CEMCO 0001926 | | X | | | | | | |
| A49. | PDF entitled "Amendment to License Agreement" | CEMCO 0002498 | | X | | | | | | |

**EXHIBIT LIST OF DEFENDANTS**

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| A50. | PDF entitled "License Agreement" | CEMCO 0002511-27 | | X | | | | | | |
| A51. | PDF entitled "Agreement" | CEMCO 0002504-31 | | X | | | | | | |
| A52. | PDF spreadsheet describing royalty sales | CEMCO 0002504 - 31 | | X | | | | | | |
| A53. | PDF entitled "Settlement Agreement" | CEMCO 0002781-2806 | | X | | | | | | |
| A54. | OMITTED | | | | | | | | | |
| A55. | OMITTED | | | | | | | | | |
| A56. | Email and attachment from Brad Hamilton, dated December 4, 2017 | SAFTI0002570 | | | | | | | | |
| A57. | No Fly Zone Detail – Non-Rated Sound Walls | SAFTI0002605 | | | | | | | | |
| A58. | OMITTED | | | | | | | | | |
| A59. | OMITTED | | | | | | | | | |
| A60. | OMITTED | | | | | | | | | |

# EXHIBIT LIST OF DEFENDANTS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| A61. | OMITTED | | | | | | | | | |
| A62. | OMITTED | | | | | | | | | |
| A63. | Email and attachment from Jim Klein, dated December 4, 2017, subject "SSS23 – Full Height Wall Parallel to Beam . . ." | SAFTI0005852-54 | | X | | | | | | |
| A64. | Safti-Seal product sheet entitled "Structural Support 'Beams'" | SAFTI0005871 | | X | | | | | | |
| A65. | OMITTED | | | X | X | | | | | |
| A66. | OMITTED | | | | | | | | | |
| A67. | OMITTED | | | | | | | | | |
| A68. | OMITTED | | | | | | | | | |
| A69. | OMITTED | | | | | | | | | |

# EXHIBIT LIST OF DEFENDANTS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| A70. | Email from Tom Loop, dated September 6, 2017, subject "Safti-Seal Non-Infringement Opinion" | SAFTI-0007423 | | | | | | | | |
| A71. | Letter from Thomas E. Loop, dated August 31, 2017, subject "Noninfringement and Freedom to Operate Opinion regarding…" | SAFTI0007424-33 | | | | | | | | |
| A72. | Safti-Seal Corporate Notebook | SAFTI0007262-7378 | | X | | | | | | |
| A73. | PDF document entitled "CEMCO Business Development Group Update" dated Nov 15, 2018 | CEMCO 0002228-39 | | X | | | | | | |
| A74. | Email from Eric Larson, dated August 16, 2017, subject "Re: Updates" | CEMCO 0000294-95 | | X | | | | | | |
| A75. | PDF document entitled "California Expanded Metal Products Inter Company Memo" dated October 2, 2017 | CEMCO 0000633-37 | | X | | | | | | |
| A76. | Email and attachment from Eric Larson dated August 21, 2017, subject "2-Year Royalty Recap" | CEMCO 0000327 | | X | | | | | | |

# EXHIBIT LIST OF DEFENDANTS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| A77. | Email from Gregg Stahl, dated October 25, 2018, subject "Offset BlazeFrame" | CDWA_012115 | | X | | | | | | |
| A78. | OMITTED | | | | | | | | | |
| A79. | Email from Gregg Stahl, dated July 30, 2018, subject "Offset BlazeFrame (FireTrak) production" | CDWA_015699 | | X | | | | | | |
| A80. | Product Profile Dimensions - PS65 - Safti-Strip TC3 - Expandable Composite in Roll Form | None | | X | | | | | | |
| A81. | Technical Sheet – SBSSSR – Safti-Strip Roll Fire Rated "Peel and Stick" Flyer | None | | X | | | | | | |
| A82. | Technical Sheet – SBS – Safti-Butt-Strip Fire Rated "Butt Joint" Gasket | None | | X | | | | | | |
| A83. | Technical Sheet – SBS – Safti-Butt-Strip Fire Rated "Butt Joint" Gasket Flyer | None | | X | | | | | | |
| A84. | Technical Sheet – SCAB – Continuous Angle Backing Repair | None | | X | | | | | | |
| A85. | Technical Sheet – DSL – Slotted Leg (Both Sides) | None | | X | | | | | | |

# EXHIBIT LIST OF DEFENDANTS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| A86. | Technical Sheet – SL – Slotted Leg (One Side) | None | | | X | | | | | |
| A87. | Technical Sheet – DL – Solid Deep Leg | None | | | X | | | | | |
| A88. | Technical Sheet – VT – Vertical Joint | None | | | X | | | | | |
| A89. | Technical Sheet – BT – Bottom Track | None | | | X | | | | | |
| A90. | Technical Sheet – J-Runner – Solid Legs | None | | | X | | | | | |
| A91. | Technical Sheet –DJR – Double J Profile | None | | | X | | | | | |
| A92. | Technical Sheet – DJR – Double J Solutions Flyer | None | | | X | | | | | |
| A93. | Technical Sheet – Shaft Wall Cavity Plug | None | | | X | | | | | |
| A94. | Technical Sheet – Flute Cover | None | | | X | | | | | |
| A95. | Technical Sheet – Flute Cover - Angle | None | | | X | | | | | |
| A96. | Technical Sheet – Flute Guard Product Profile | None | | | X | | | | | |

# EXHIBIT LIST OF DEFENDANTS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| A97. | Technical Sheet – Flute Guard Solution Flyer | None | | | X | | | | | |
| A98. | Technical Sheet – Pre-Formed Deck Plugs | None | | | X | | | | | |
| A99. | Technical Sheet – Flute Fill Options | None | | | X | | | | | |
| A100. | Technical Sheet – RCS – Resilient Channel Slotted Leg | None | | | X | | | | | |
| A101. | Technical Sheet – RCD – Resilient Channel Solid Leg | None | | | X | | | | | |
| A102. | Technical Sheet – Code Compliant Resilient Assembly Flyer | None | | | X | | | | | |
| A103. | Technical Sheet – CJB Control Joint Backer Profile | None | | | X | | | | | |
| A104. | Technical Sheet – CJB Control Joint Backer Flyer | None | | | X | | | | | |
| A105. | Technical Sheet – Flat Strap Reveal Trim Backer | None | | | X | | | | | |
| A106. | Technical Sheet – Flat Strap Reveal Trim Backer Flyer | None | | | X | | | | | |
| A107. | Technical Sheet – SBS – Safti-Butt-Strip Butt Joint Gasket Profile | None | | | X | | | | | |

# EXHIBIT LIST OF DEFENDANTS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| A108. | Technical Sheet – SBS – Safti-Butt-Strip Butt Joint Gasket Flyer | None | | | X | | | | | |
| A109. | Technical Sheet – Safti-Seal Install and Repair Guide | None | | | X | | | | | |
| A110. | CEMCO Fire Gasket Product Sheet | None<br>Stahl Dep. Exhibit 58 | | | X | | | | | |
| A111. | HILTI Firestop Top Track Seal CFS-TTS Product Sheet | None<br>Stahl Dep. Exhibit 59 | | | X | | | | | |
| A112. | Email from Gregg Stahl, dated March 19, 2019, subject "Safti-Seal samples" | CDWA_016431-2<br>Stahl Dep. Exhibit 60 | | | X | | | | | |
| A113. | Track Top Gasket Product Sheet | None<br>Stahl Dep. Exhibit 61 | | | X | | | | | |
| A114. | RectorSeal Balze Foam Product Sheet | None<br>Stahl Dep. Exhibit 62 | | | X | | | | | |
| A115. | RectorSeal Track-Safe Product Data Sheet | None.<br>Stahl Dep. Exhibit 63 | | | X | | | | | |
| A116. | CEMCO Hotrod Type-X Compressible Firestopping Product Data Sheet | None.<br>Stahl Dep. Exhibit 64 | | | X | | | | | |
| A117. | CEMCO Hotrod XL Product Data Sheet | None.<br>Stahl Dep. Exhibit 65 | | | X | | | | | |

# EXHIBIT LIST OF DEFENDANTS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| A118. | CEMCO Deflection Drift Angle (DDA-1) Product Data Sheet | None. Stahl Dep. Exhibit 66 | | X | | | | | | |
| A119. | CEMCO Fire Bead Product Data Sheet | None. Stahl Dep. Exhibit 67 | | X | | | | | | |

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December 2019, I caused to have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

tjl@elamburke.com

thomas@seattlepatentlaw.com

pbageant@hollystonelaw.com

bob@leehayes.com

bodineb@lanepowell.com

JKersting@fbtlaw.com

ASchoen@fbtlaw.com

TROJAN LAW OFFICES

by

/s/ R. Joseph Trojan
R. Joseph Trojan *(pro hac vice)*
9250 Wilshire Blvd.
Beverly Hills, CA
Attorney for Plaintiff,
CALIFORNIA EXPANDED
METAL PRODUCTS COMPANY