## EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/6/17 Email from Klein to Spears Online fwding 9/6/17 email from Klein to Dave Powers (Anning Johnson) re "New Safti-Seal replacement for BlazeFrame" | SAFTI0002505-2507 | | X | X | | | | | |
| 2 | 1/13/17 Email from Klein to ClarkDietrich ("CDBS") re email from Bob Germek (LB Const.) inquiring about BlazeFrame not meeting UL standards | SAFTI0002590-2591 | | X | X | | | | | |
| 3 | 1/2/18 Email chain between Klein and Michael Gutierrez (California Drywall) re BlazeFrame products provided by CDBS | SAFTI0002594-2597 | | X | X | | | | | |
| 4 | 1/5/18 Email from Klein to Don Allen (Super Stud) re BlazeFrame and UL Requirements | SAFTI0002620-2621 | | X | X | | | | | |
| 5 | 12/29/17 Email chain between Klein and Steve Flanagan (Giampolini & Co.) re BlazeFrame being obsolete and new UL test standards | SAFTI0003331-3334 | | X | X | | | | | |

<u>**EXHIBIT LIST OF PLAINTIFFS**</u>

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 10/21/17 Email chain between Klein and Ashley Stevens and Bob Germek (LB Const.) re whether BlazeFrame product was made by CDBS | SAFTI0003336 | | X | | | | | | |
| 7 | 10/4/17 Email chain between Klein and Kelley Huss (ICI Colorado) re CDBS taking on liability for "life safety of their current old BlazeFrame" | SAFTI0004641-4644 | | X | X | | | | | |
| 8 | 2/1/18 - 2/7/18 Email chain between Klein and Dave Rohder (Nevell-Standard J.V.) and Reza Vahabzadeh (KPFF) re extra strength backing | SAFTI0005006-5009 | | X | X | | | | | |
| 9 | 1/25/18 Email chain between Klein and Tyler Ryan (Component Assembly Systems) re UL Requirements | SAFTI0005029-5031 | | X | X | | | | | |
| 10 | 11/8/17 Email chain between Klein and Tony Goulet (Raymond-Southern California) re UL Requirements and BlazeFrame products | SAFTI0005037-5039 | | X | X | | | | | |

## EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 1/10/18 Email chain between Klein and Jesse Sahagun (Performance Contracting) re additional foam for BlazeFrame products to be UL compliant | SAFTI0005049-5050 | | X | X | | | | | |
| 12 | 10/17/18 – 11/3/17 Email chain between Klein and Brent Johnson (Firewise Consultants) re CDBS and CEMCO products not meeting UL standards | SAFTI0005058-5062 | | X | X | | | | | |
| 13 | 12/27/17 Email chain between Klein and Frank Joyce (Kitchell) re selling patents and trade names associated with BlazeFrame | SAFTI0005096-5097 | | X | X | | | | | |
| 14 | 9/27/17 – 9/29/19 Email chain between Klein, Rick Amundson (Spears Construction Supply), and Kurt Mehrer (Mehrer Drywall) re Safti-Seal being one of four systems to pass UL 2079 v5 | SAFTI0005136-5142 | | X | X | | | | | |

### EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 2/1/18 Email chain between Klein and Brad Hamilton (GTS Interior Supply) re whether Safti-Seal makes product with similar fire-rating as BlazeFrame | SAFTI0005214-5216 | | X | X | | | | | |
| 16 | 1/24/18 – 1/26/18 Email chain between Klein and Tyler Ryan (Component Assembly) re UL standards and Ken Yakopcic's (Marino) email | SAFTI0005249-5252 | | X | X | | | | | |
| 17 | 9/14/17 Email chain between Klein and Corey Rice (Performance Contracting) re Head of Wall design, HW-D-0696, and Safti-Seal being the only UL v5 compliant prod. | SAFTI0005270-5271 | | X | X | | | | | |
| 18 | 10/6/17 Email chain between Klein and Nancy Bradshaw (Allied Building Products) re name change from BlazeFrame to Safti-Seal | SAFTI0005341-5342 | | X | X | | | | | |

**EXHIBIT LIST OF PLAINTIFFS**

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 9/25/17 – 9/26/17 Email chain between Klein and Don Allen (Super Stud Building Products) re changes from BlazeFrame to Safti-Seal | SAFTI0005391-5392 | | X | X | | | | | |
| 20 | 10/31/17 Email chain between Klein and Randy Clark (Rectorseal) re change from BlazeFrame to Safti-Seal due to sale of BlazeFrame trademark | SAFTI0005397-5398 | | X | X | | | | | |
| 21 | 9/6/17 – 9/18/17 Email chain between Klein and Tim Farrell (Anning-Johnson Co.) re UL testing standards and Safti-Seal replacement for BlazeFrame | SAFTI0005403-5404 | | X | X | | | | | |
| 22 | 9/6/17 – 9/14/17 Email chain between Klein and Dave Powers (Anning-Johnson Co.) re New Safti-Seal replacement for BlazeFrame | SAFTI0005405-5408 | | X | X | | | | | |
| 23 | 1/2/18 Email chain between Klein and Joe Loeschnig (Raymond-San Diego) re New UL Systems for HOW | SAFTI0005413-5415 | | X | X | | | | | |

**EXHIBIT LIST OF PLAINTIFFS**

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 24 | 12/27/17 Email chain between Klein and Chris Harder (Anning-Johnson Co.) re difference of adding new "thermal layer" to pass new UL standards | SAFTI0005420-5421 | | X | X | | | | | |
| 25 | 1/2/18 Email chain between Klein and Ron Lindow (Flad Architects) re whether Safti-Seal is name change or new company and if BlazeFrame meets UL standards | SAFTI0005475-5481 | | X | X | | | | | |
| 26 | 2/22/18 Email chain between Klein and Shena Meyer (Westside Building Material) re BlazeFrame requiring additional material to pass UL v5 standards | SAFTI0005574-5575 | | X | X | | | | | |
| 27 | August 2017 letter from Safti-Seal re UL V.5 updated certification | SAFTI0005576 | | X | X | | | | | |
| 28 | 1/24/18 Email chain between Klein and Evan Powers (Allied Const. Serv.) re product advancement and name change | SAFTI0005590-5592 | | X | X | | | | | |

## EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 2/14/18 Email chain between Jim Klein and Don Allen (Super Stud Building Projects) re BlazeFrame products supplied by CDBS | SAFTI0005718-5720 | | X | X | | | | | |
| 30 | 11/30/17 Email chain between Klein and Lee Zaretzky (Ronsco) re UL Approvals and sale of BlazeFrame to CDBS/CEMCO | SAFTI0005725-5729 | | X | X | | | | | |
| 31 | 11/7/17 – 11/30/17 Email chain between Klein and James Smyser (UL) re "Shaft Wall updated support HW-D-0496, 0504, 0559, 0631" | SAFTI0005802-5807 | | X | X | | | | | |
| 32 | 2/13/18 – 2/23/18 Email chain between Klein and Bernie Ferland (CISI) re Safti-Seal products and BlazeFrame requirements for UL compliance | SAFTI0005825-5827 | | X | X | | | | | |
| 33 | 12/4/17 – 12/7/17 Email chain between Klein and Brett Betters (Standard Drywall) re UL and "first generation BlazeFrame" | SAFTI0005848-5850 | | X | X | | | | | |

**EXHIBIT LIST OF PLAINTIFFS**

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 12/22/17 – 1/3/18 Email chain between Klein and Yanwei Cen (Rectorseal) re Safti-Seal, BlazeFrame, and adding new "thermal layer" | SAFTI0005951-5953 | | X | X | | | | | |
| 35 | 2/9/18 Email from Klein to Rick Amundson (Spears) re STI flappy cap | SAFTI0006058 | | X | X | | | | | |
| 36 | 2/13/18 Email from Klein to Bernie (CISI) re Safti-Seal products and BlazeFrame requirements to meet UL standards | SAFTI0006109-6110 | | X | X | | | | | |
| 37 | August 2017 Safti-Seal letter discussing UL v.5 certification | SAFTI0006161 | | X | X | | | | | |
| 38 | 2/20/18 Email from Klein to Rick Amundson (Spears) re UL2079 fire test and effects of UL standards on "other crappy products" | SAFTI0006702 | | X | | | | | | |
| 39 | 6/18/19 List of Safti-Seal sales by customer detail | SAFTI0007188-7243 | | X | X | | | | | |
| 40 | List of Safti-Seal customers, including date of first sale and date of latest sale | | | X | | | | | | |

## EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 41 | Excel spreadsheet of communications regarding Safti-Seal products, including call notes and contacts | CDWA_005566 | | | | | | | | |
| 42 | (Reserved) | | | | | | | | | |
| 43 | 7/3/19 Plaintiff's Notice of Deposition of Defendant James Klein | | | X | X | | | | | |
| 44 | 7/3/19 Plaintiff's Notice of Deposition of Defendant BlazeFrame pursuant to FRCP 30(b)(6) | | | X | X | | | | | |
| 45 | 7/3/19 Plaintiff's Notice of Deposition of Defendant Safti-Seal pursuant to FRCP 30(b)(6) | | | X | X | | | | | |
| 46 | United States Patent Number 7,681,365 to Klein entitled "Head-of-Wall Fireblock Systems and Related Wall Assemblies" | | | X | X | | | | | |
| 47 | United States Patent Number 7,814,718 to Klein entitled "Head-of-Wall Fireblocks" | | | X | X | | | | | |

**<u>EXHIBIT LIST OF PLAINTIFFS</u>**

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 48 | United States Patent Number 8,136,314 to Klein entitled "Head-of-Wall Fireblocks" | | | X | X | | | | | |
| 49 | United States Patent Number 8,151,526 to Klein entitled "Head-of-Wall Fireblock Systems and Related Wall Assemblies" | | | X | X | | | | | |
| 50 | 8/2/18 Joint Systems XHBN, XHBN7, System No. HW-D-0498 - UL Product Spec | | | X | | | | | | |
| 51 | (Reserved) | | | | | | | | | |
| 52 | Expert Report of Minh P. Doan | | | | | | | | | |
| 53 | 7/15/19 Rebuttal Expert Report of Daniel Lindsay | | | X | X | | | | | |

## EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 54 | Civil Minutes of Hearing held 4/1/16 re Motions to Enforce Settlement Agreement between CEMCO, CDBS, Klein, and BlazeFrame from CEMCO v. ClarkDietrich, Klein, and BlazeFrame, Case No. CV12-10791; and Transcript of Settlement Conf. held 10/2/15, the "Settlement Agreement" | | | X | | | | | | |
| 55 | Order granting Preliminary Injunction entered by Judge Pregerson against Klein and BlazeFrame from CEMCO and ClarkDietrich v. Klein and BlazeFrame, Case No. CV 16-cv-5968 | | | X | | | | | | |
| 56 | 10/16/16 Download of documents from BlazeFrame's website identifying the patents and intellectual property that cover the products Defendant BlazeFrame previously sold | | | X | | | | | | |

## EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 57 | Screenshots from a video showing the composition of the Safti-Seal "strip" and the installation of the strip, and installation and building of head-of-wall assembly | | | X | | | | | | |
| 58 | Photographs from Safti-Seal Website showing Safti-Seal "strip" used on job sites | | | X | | | | | | |
| 59 | United States Patent Number 6,207,085 to Ackerman entitled "Heat Expandable Compositions" | | | X | | | | | | |
| 60 | Excerpts of 4/2/19 discovery responses entitled "Defendant Safti-Seal, Inc.'s Objections and Responses to Plaintiff CEMCO's Amended First Set of Interrogatories (Nos. 1-2, 6-9, 17)" | | | | | | | | | |
| 61 | Compilation of Marketing Materials for the Safti-Seal Products from www.saftiseal.com | | | X | | | | | | |
| 62 | 4/22/19 discovery requests entitled "Defendants' First Set of Requests for Production to Plaintiffs" | | | X | | | | | | |

## EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 63 | United States Patent Number 7,866,108 to Klein entitled "Head-of-Wall Fireblock Systems and Related Wall Assemblies" | | | X | | | | | | |
| 64 | United States Patent Number 8,056,293 to Klein entitled "Head-of-Wall Fireblock Systems and Related Wall Assemblies" | | | X | | | | | | |
| 65 | Product Flyers for Safti-Seal products, including the Safti-Frame "DSL" and "Safti-Strip" | | | X | | | | | | |
| 66 | Excerpts of 4/2/19 discovery responses entitled "Defendant Safti-Seal, Inc.'s Objections and Responses to Plaintiff CEMCO's Amended First Set of Interrogatories (Nos. 14- 17)" | | | | | | | | | |
| 67 | 8/13/18 discovery request response entitled "Defendant Safti-Seal, Inc.'s Objections and Responses to Plaintiffs First Set of Requests for Documents and Things (Nos. 1-50)" | | | X | | | | | | |

**EXHIBIT LIST OF PLAINTIFFS**

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 68 | (Reserved) | | | | | | | | | |
| 69 | Chart created by Trojan Law Offices with drawings of the accused Safti-Seal products from the Safti-Seal website (www.saftiseal.com) | | | | | | | | | |
| 70 | "Business Information" regarding Safti-Seal obtained from the Washington Secretary of State website (ccfs.sos.wa.gov) | | | X | | | | | | |
| 71 | 7/25/19 Declaration of Eva Ackerman in response to 7/9/19 Subpoena to RectorSeal | | | | | | | | | |
| 72 | UL certification standard and UL Product iQ for Joint Systems XHBN.HW-D-0495 | | | X | X | | | | | |
| 73 | UL certification standard and UL Product iQ for Joint Systems XHBN.HW-D-0496 | | | X | X | | | | | |
| 74 | UL certification standard and UL Product iQ for Joint Systems XHBN.HW-D-0498 | | | X | X | | | | | |

**EXHIBIT LIST OF PLAINTIFFS**

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 75 | UL certification standard and UL Product iQ for Joint Systems XHBN.HW-D-0499 | | | X | X | | | | | |
| 76 | UL certification standard and UL Product iQ for Joint Systems XHBN.HW-D-0502 | | | X | X | | | | | |
| 77 | UL certification standard and UL Product iQ for Joint Systems XHBN.HW-D-0503 | | | X | X | | | | | |
| 78 | UL certification standard and UL Product iQ for Joint Systems XHBN.HW-D-0504 | | | X | X | | | | | |
| 79 | UL certification standard and UL Product iQ for Joint Systems XHBN.HW-D-0505 | | | X | X | | | | | |
| 80 | UL certification standard and UL Product iQ for Joint Systems XHBN.HW-D-0506 | | | X | X | | | | | |
| 81 | UL certification standard and UL Product iQ for Joint Systems XHBN.HW-D-0512 | | | X | X | | | | | |
| 82 | UL certification standard and UL Product iQ for Joint Systems XHBN.HW-D-0513 | | | X | X | | | | | |

## EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 83 | UL certification standard and UL Product iQ for Joint Systems XHBN.HW-D-0543 | | | X | X | | | | | |
| 84 | UL certification standard and UL Product iQ for Joint Systems XHBN.HW-D-0558 | | | X | X | | | | | |
| 85 | UL certification standard and UL Product iQ for Joint Systems XHBN.HW-D-0559 | | | X | X | | | | | |
| 86 | UL certification standard and UL Product iQ for Joint Systems XHBN.HW-D-0597 | | | X | X | | | | | |
| 87 | UL certification standard and UL Product iQ for Joint Systems XHBN.HW-D-0631 | | | X | X | | | | | |
| 88 | UL certification standard and UL Product iQ for Joint Systems BW-S-0021 | | | X | X | | | | | |
| 89 | UL certification standard and UL Product iQ for Joint Systems WW-S-0055 | | | X | X | | | | | |
| 90 | Marketing Video from Safti-Seal explaining Safti-Seal product installation | | | X | X | | | | | |

## EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 91 | Civil Minutes of Hearing held 10/2/15, settlement reached in CEMCO v. ClarkDietrich, Klein, and BlazeFrame, Case No. CV12-10791 before Judge Pregerson | | | X | | | | | | |
| 92 | Settlement Agreement between CEMCO, ClarkDietrich, Jim Klein, and BlazeFrame from CEMCO and ClarkDietrich v.  Klein and BlazeFrame, Case No. CV 16-cv-5968 | | | X | | | | | | |
| 93 | Email from Klein to Klein re year end update, discussing BlazeFrame's sale for "life safety design considerations" and Safti-Seal products meeting current UL Standards | | | X | X | | | | | |
| 94 | CDBS's Sales and Profits of BlazeFrame Products practicing the Patents-in-Suit (Jan. 2016 – Apr. 2019) and Average revenue and net realizable value per foot of BlazeFrame products practicing the Patents-in-Suit (Sep. 2017 – Mar. 2019) | | | X | | | | | | |

## EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 95 | Safti-Seal's monthly revenue of Safti-Frame and Safti-Strip products, percentages of total monthly revenues for said products, and Safti-Seal's monthly revenue of Accused Products (Sep. 2017 – Mar. 2019) | | | X | X | | | | | |
| 96 | Safti-Seal's footage sold and revenue per foot by product, and Safti-Seal's revenues and unit sales by product (Sep. 1, 2017 – Mar. 31, 2019) | | | X | X | | | | | |
| 97 | BlazeFrame products CDBS would have sold in the absence of Safti-Seal's actual Safti-Frame sales | | | | | | | | | |
| 98 | Plaintiffs' Lost Profit Damages from Safti-Seal's Accused Safti-Frame sales (Sep. 1, 2017 – Mar. 31, 2019) | | | | | | | | | |
| 99 | Summary of Actual Steel Headers Sold by CDBS and BlazeFrame Products CDBS Would Have Sold Absent Safti-Seal's Infringement in Seven Projects Where Safti-Strip Were Sold | | | | | | | | | |

## <u>EXHIBIT LIST OF PLAINTIFFS</u>

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 | Plaintiffs' Lost Profit Damages from Safti-Seal's Accused Safti-Strip Sales (Sep. 1, 2017 – Mar. 31, 2019) | | | | | | | | | |
| 101 | Plaintiffs' Royalty Damages on Safti-Seal's Accused Product Sales for which Lost Profits are not Claimed (Sep. 1, 2017 – Mar. 31, 2019) | | | | | | | | | |
| 102 | Summary of Plaintiffs' Total Lost Profit Damages (Sep. 1, 2017 – Mar. 31, 2019) | | | | | | | | | |
| 103 | Comparison of Pricing Between Use of "Peel and Stick" Method and Use of BlazeFrame Products for Two-Sided Applications and for One-Sided Applications | | | | | | | | | |
| 104 | Pricing Comparison between Safti-Frame and BlazeFrame products and Average price per foot of BlazeFrame products CDBS would have sold in the absence of Safti-Seal's Sales of Safti-Frame products (Sep. 2017 – Mar. 2019) | | | | | | | | | |

## EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 105 | Summary of Plaintiffs' Total Reasonable Royalty Damages (Sep. 1, 2017 – Mar. 31, 2019) | | | | | | | | | |
| 106 | Safti-Seal Profit and Loss (dated July 1, 2019) | SAFTI0007244-7245 | | X | X | | | | | |
| 107 | Defendant Safti-Seal, Inc.'s Supplemental Objections and Responses to Plaintiff CEMCO's Amended First Set of Interrogatories (dated July 8, 2019) | | | | | | | | | |
| 108 | Safti-Sales Sales by Customer Detail, dated June 18, 2019 | | | | | | | | | |
| 109 | Anning-Johnson Material Order | Safti 0004-0000587 | | | | | | | | |
| 110 | Email chain between Klein and Raul Martinez plus attachments | SAFTI0004000-4001 SAFTI0004026-4027 SAFTI0004031-4032 | | X | X | | | | | |
| 111 | SaftiSeal Sales by Item Summary | | | | | | | | | |
| 112 | Allied Building Products Purchase Order | Safti 004-0000751 | | X | X | | | | | |

**EXHIBIT LIST OF PLAINTIFFS**

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 113 | (Reserved) | | | | | | | | | |
| 114 | Safti-Seal Complete Price List – 2018 | SAFTI0005166-5186 | | X | X | | | | | |
| 115 | AC23 Installation and Manufacturer Recommendations | SAFTI0006689 | | X | X | | | | | |
| 116 | BlazeFrame Sales Data (January 2016 – April 2019);  (Jan 16 - Apr 19 BlazeFrame sales.xlsx.) | CDWA_008816.xlsx | | | | | | | | |
| 117 | SAFTI0007435 - AEO.xlsx | SAFTI0007435.xlsx | | X | X | | | | | |
| 118 | License and Commercialization Agreement between BlazeFrame and CDBS dated January 13, 2012 | CDWA_005592-5668 | | | | | | | | |
| 119 | June 25, 2017 Agreement among CEMCO, Klein, CDBS, and BlazeFrame Industries | CDWA_008848-8856 | | X | | | | | | |
| 120 | Dodge Report dated May 17, 2019 | CDWA_008678.xlsx | | X | X | | | | | |
| 121 | Email from Tim Farrell to Jim Klein RE: "DLR L1 – Suite 106/206" dated October 27, 2017 | SAFTI0004688-4691 | | X | X | | | | | |

## EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 122 | Email from Tim Farrell of Anning-Johnson to Jim Klein RE: "DLR L1 – Suite 106/206 –Safti-Seal Purchase Order 001" dated October 27, 2017 | SAFTI0002000-2001 | | X | X | | | | | |
| 123 | Anning-Johnson Purchase Order PO-01 Safti-Seal Fire Track dated October 17, 2017 | SAFTI0002010 | | X | | | | | | |
| 124 | Email chain between Louis Farina of Anning-Johnson and Jim Klein RE: "Anning Johnson Order D-7348-003" dated April 5, 2018 | Safti 004-0000589-591 | | X | X | | | | | |
| 125 | Standard Quote, ClarkDietrich Building Systems, Quote # 1310658, dated April 16, 2018. | CDWA_008695-8698 | | X | | | | | | |
| 126 | Standard Quote, ClarkDietrich Building Systems, Quote # 1312615, dated April 25, 2018 | CDWA_008710-8714 | | X | | | | | | |
| 127 | Standard Quote, ClarkDietrich Building Systems, Quote # 1304454, dated March 15, 2018 | CDWA_005572-5576 | | X | | | | | | |

## EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 128 | Standard Quote, ClarkDietrich Building Systems, Quote # 1323587, dated July 9, 2018 | CDWA_005577-5581 | | X | | | | | | |
| 129 | (Reserved) | | | | | | | | | |
| 130 | Standard Quote, ClarkDietrich Building Systems, Quote # 1338297, dated October 19, 2018 | CDWA_008715-8719 | | X | | | | | | |
| 131 | Price Agreement, ClarkDietrich Building Systems, ID # 1347089, dated January 2, 2019 | CDWA_008699-8703 | | X | | | | | | |
| 132 | Standard Quote, ClarkDietrich Building Systems, Quote # 1351425, dated January 31, 2019 | CDWA_005582-5586 | | X | | | | | | |
| 133 | Standard Quote, ClarkDietrich Building Systems, Quote # 1355253, dated February 27, 2019 | CDWA_008704-8709 | | X | | | | | | |
| 134 | Safti-Seal Sales Data dated November 27, 2018 | Safti 021-00000001-2 | | X | | | | | | |
| 135 | ClarkDietrich Distributor Pricing Sheet for West Region | CDWA_008888-8903 | | X | | | | | | |

**EXHIBIT LIST OF PLAINTIFFS**

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 136 | ClarkDietrich's Royalty Reports of Royalties on BlazeFrame Products Paid to CEMCO (June 26, 2017 – April 30, 2019) (Blazeframe Royalty Summary June 25, 2017 to April 30 2019.xlsx.) | CDWA_005731.xlsx | | X | X | | | | | |
| 137 | Standard Quote by ClarkDietrich Building Systems for Component Assembly (Contractor), #3027 BMV LVL Your Yard, NJ (Job Name and Location) dated July 17, 2018 | CDWA_005567-5571 | | X | | | | | | |
| 138 | (Reserved) | | | | | | | | | |
| 139 | Email from Gregg Stahl to Keith Johnson RE: "Safti-Seal samples" dated March 18, 2019 | CDWA_016431-16432 | | X | X | | | | | |
| 140 | 7/9/19 Subpoena for Testimony and Production of Documents filed against RectorSeal, LLC by CDBS | | | | | | | | | |
| 141 | Safti-Seal sales data for total accused sales from Sept. 1, 2017 through Nov. 11, 2019 (produced 11/12/19) | | | | | | | | | |

## EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 142 | Patent Assignment of six patents executed 4/5/2016 from BlazeFrame Industries to CEMCO | | | | | | | | | |
| 143 | Rectorseal Metacaulk® Brochure showing patent marking of Ackerman Patent (6,207,085) – marking on page 11 | | | | | | | | | |
| 144 | 10/31/17 Email from Eric Crist to Klein re request for instructions or guidelines on purchasing and applying tape product and attachment re Firestopping guide for Building K repair in Ft. Meade | SAFTI0001865 SAFTI0001944-1950 | | | | | | | | |
| 145 | (Reserved) | | | | | | | | | |

**EXHIBIT LIST OF PLAINTIFFS**

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 146 | 10/31/17 email from Klein responding to Eric Crist re attached installation guidelines for Safti-Seal products and attachments regarding Safti-Seal installation/training recommendations and certification of material knowledge, systems, and installation | SAFTI0004546-4547 SAFTI0004585-4586 SAFTI0004577 | | | | | | | | |
| 147 | (Reserved) | | | | | | | | | |
| 148 | 10/31/17 email chain between Klein and Eric Crist re certification letter and instructions for how to use Safti-Seal products and attachment regarding certification of material knowledge, systems, and installation signed by Klein | SAFTI0004559-4561 SAFTI0004583 | | | | | | | | |
| 149 | (Reserved) | | | | | | | | | |

## EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR
CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 150 | Claim Construction Order from this case filed 4/17/2019 | Docket #98 | | | | | | | | |
| 151 | Amended Order on Cross-Motions for Summary Judgment from this case filed 11/22/19 | Docket #135 | | | | | | | | |
| 152 | Order on Plaintiffs' Motion for Clarification from this case filed 11/22/19 | Docket #134 | | | | | | | | |
| 153 | Safti-Seal Product Sales Data from 7/26/19 to 12/1/19 | | | | | | | | | |
| 154 | SAFTI0007467.xslx | SAFTI0007467.xslx | | X | X | | | | | |
| 155 | CDBS and BlazeFrame updated sales data; Jan 2016 – Oct 2019. | CDWA_017245.xlsx | | | | | | | | |

## EXHIBIT LIST OF PLAINTIFFS

CASE NO. 2:18-cv-00659-JLR

CASE CAPTION: CALIFORNIA EXAPNDED METALS COMPANY, ET AL., V. JAMES A. KLEIN, ET AL.

| EX. NO. | DESCRIPTION | BATES NO. | WITNESS | STIP. AUTH. | STIP. ADM. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| 156 | List of Safti-Seal sales by customer detail from 6/21/19 to 7/25/19 | | | | | | | | | |

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December 2019, I caused to have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

tjl@elamburke.com

thomas@seattlepatentlaw.com

pbageant@hollystonelaw.com

bob@leehayes.com

bodineb@lanepowell.com

JKersting@fbtlaw.com

ASchoen@fbtlaw.com

TROJAN LAW OFFICES

by

/s/ R. Joseph Trojan
R. Joseph Trojan *(pro hac vice)*
9250 Wilshire Blvd.
Beverly Hills, CA
Attorney for Plaintiff,
CALIFORNIA EXPANDED
METAL PRODUCTS COMPANY