THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company,<br><br>Plaintiffs,<br>v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD., a Washington company; and SAFTI-SEAL, INC., a Washington company,<br><br>Defendants. | CASE NO. 2:18-cv-00659-JLR<br><br>[PROPOSED]  JLR<br><br>ORDER GRANTING STIPULATED MOTION RE PATENT AND BREACH OF CONTRACT CLAIMS<br><br><br>The Honorable James L. Robart<br>Courtroom 14106 |

TROJAN LAW OFFICES
BEVERLY HILLS

# ORDER ON STIPULATED MOTION
# RE PATENT AND BREACH OF CONTRACT CLAIMS

On December 6, 2019, Plaintiffs California Expanded Metal Products Company and ClarkWestern Dietrich Building Systems, LLC ("Plaintiffs"), by and through their counsel of record and pursuant to Local Civil Rule 10(g), submitted a stipulated Motion regarding the patent and breach of contract claims.

Having considered the Motion, the Court GRANTS the Motion. Plaintiffs will pursue the following claims at trial:

1. Direct infringement of claims 1 and 6 of the '314 Patent and claim 12 of the '718 Patent as to the Safti-Frame accused products;

2. Contributory infringement and induced infringement with respect to claim 1 of the '365 Patent, claim 1 of the '526 Patent, and claim 1 of the '718 Patent as to the Safti-Strip and Safti-Frame accused products, as well as claims 1 and 6 of the '314 Patent and claim 12 of the '718 Patent as to the Safti-Strip accused products;

3. Plaintiffs' breach of contract claim is limited to Defendants Klein and Blazeframe's infringement of the Asserted Patents in violation of the 5968 Settlement Agreement;

IT IS SO ORDERED

Dated: 8 December 2019

By: _____
The Honorable James L. Robart
United States District Judge

