The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company,<br><br>Plaintiffs,<br>v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD., a Washington company; and SAFTI-SEAL, INC., a Washington company,<br><br>Defendants. | CASE NO. 2:18−cv−00659−JLR<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL**<br><br>The Honorable James L. Robart<br>Courtroom 14106 |

Order
CASE NO. 2:18−cv−00659−JLR

The Honorable James L. Robart

This matter comes before the Court on Plaintiffs California Expanded Metal Products Company's ("CEMCO") and Clarkwestern Dietrich Building Systems LLC's, d.b.a. ClarkDietrich Building Systems ("ClarkDietrich") (collectively "Plaintiffs") Motion to Seal the unredacted versions of the following:

1. Plaintiffs' Motion to Reopen Case to Initiate Contempt Proceedings;

2. Plaintiffs' Motion to Reopen Discovery;

3. Plaintiffs' Motion to Unseal the Consent Judgment and Permanent Injunction and Lift Confidentiality of Settlement Agreement; and

4. Exhibits 1 and 2 to the Declaration of R. Joseph Trojan.

The Court, having considered all the papers and argument submitted in connection with this Motion,

**IT IS HEREBY ORDERED THAT:**

The motion to seal is **GRANTED.**

**IT IS SO ORDERED.**

Dated this  1st   day of October, 2020

_____
Honorable James L. Robart
United States District Judge