The Hon. James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD, a Washington Company, and SAFTI-SEAL, INC., a Washington company,<br><br>Defendants. | Case No. 2:18-cv-00659-JLR<br><br>STIPULATED MOTION TO WITHDRAW<br><br>Noted: October 27, 2020 |

Pursuant to Local General Rule 2(g)(4)(A), Thomas J. Lloyd III and the law firm of Elam & Burke, P.A., hereby make this Motion to Withdraw because, on March 31, 2020, their representation of the Defendants in this action concluded.

STIPULATED MOTION TO WITHDRAW

Case No. 2:15-cv-01096-JLR

1

**ELAM & BURKE, P.A.**
251 E. Front Street, Suite 300
P.O. Box 1539
Boise, Idaho 83701
Telephone: 208-343-5454

The Hon. James L. Robart

They make this Motion pursuant to GR 2(g)(4)(A) because granting this Motion would not result in a "change or addition of counsel within the same law firm" as governed by GR2(g)(2)(B).

Mr. Lloyd and Elam & Burke, P.A., have noted this as a Same-Day Motion pursuant to Local Civil Rule 7(d)(1) because all parties to this action have stipulated to it and no further filings are necessary.

I certify that this Motion has been served upon my former clients, who consent to it and who remain represented in these proceedings by Hollystone Law and by Loop Intellectual Property Law. I certify that this Motion has also been served upon opposing counsel.

Dated: October 27, 2020                    By: /s/ Thomas J. Lloyd III

Patrick C. Bageant (No. 44268)
HOLLYSTONE LAW
1775 West State Street, #286
Boise, ID 83702
Telephone: 208-596-5343
Facsimile: (208) 686-8247
Email: pbageant@hollystonelaw.com

Thomas E. Loop (No. 27546)
LOOP INTELLECTUAL PROPERTY LAW
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: 206-568-3100
Email: thomas@seattlepatentlaw.com

Thomas J. Lloyd III
ELAM & BURKE, P.A. 251 E. Front St.,
Suite 300 P.O. Box 1539
Boise, ID 83701
Telephone: (208) 343-5454
Facsimile: (208) 384-5844
E-mail: tjl@elamburke.com

*Attorneys for Defendants.*

MOTION TO WITHDRAW
Case No. 2:15-cv-01096-JLR
2

**ELAM & BURKE, P.A.**
251 E. Front Street, Suite 300
P.O. Box 1539
Boise, Idaho 83701
Telephone: 208-343-5454

The Hon. James. L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD, a Washington Company, and SAFTI-SEAL, INC., a Washington company,<br><br>Defendants. | Case No. 2:18-cv-00659-JLR<br><br>ORDER GRANTING STIPULATED MOTION TO WITHDRAW FILED BY ATTORNEY THOMAS J. LLOYD |

1

# ORDER GRANTING STIPULATED MOTION TO WITHDRAW FILED BY ATTORNEY THOMAS J. LLOYD

On October 27, 2020, counsel for Defendants, Thomas J. Lloyd III and the firm Elam & Burke, P.A., filed a Stipulated Motion to Withdraw as counsel of record for Defendants James A. Klein, Blazeframe Industries, Ltd., and Safti-Seal, Inc. Having considered the Stipulated Motion and on the basis that Defendants are still represented by Hollystone Law and by Loop Intellectual Property Law, the Court grants counsel's Motion to Withdraw.

IT IS SO ORDERED.

Dated: October 28, 2020

By: /s/ James L. Robart

The Honorable James A. Robart
United States District Judge