The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company,<br><br>            Plaintiffs,<br>  v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD., a Washington company; and SAFTI-SEAL, INC., a Washington company,<br><br>            Defendants. | CASE NO. 2:18−cv−00659−JLR<br><br>**ORDER GRANTING MOTION TO SEAL PLAINTIFFS' STATUS REPORT RE CONTEMPT PROCEEDINGS**<br><br>The Honorable James L. Robart<br>Courtroom 14106 |

Order
CASE NO. 2:18−cv−00659−JLR

The Honorable James L. Robart

This matter comes before the Court on Plaintiffs California Expanded Metal Products Company's ("CEMCO") and Clarkwestern Dietrich Building Systems LLC's, d.b.a. ClarkDietrich Building Systems' ("ClarkDietrich") (collectively "Plaintiffs") Motion to Seal (Dkt. # 199) the unredacted versions of the following:

1. Plaintiffs' Status Report Re Contempt Proceedings; and
2. Exhibits 8-13, 15-18, and 21 in support of Plaintiffs' Status Report Re Contempt Proceedings

The Court, having considered all the papers and argument submitted in connection with this Motion,

**IT IS HEREBY ORDERED THAT:**

The motion to seal is **GRANTED.**

**IT IS SO ORDERED.**

Dated this 19th day of January, 2021

_____
Honorable James L. Robart
United States District Judge