UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES A. KLEIN, et al., <br><br> Defendants. | CASE NO. C18-0659JLR <br><br> MINUTE ORDER REGARDING CONTEMPT PROCEEDINGS |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court adopts the proposed schedule regarding contempt proceedings found in Plaintiffs' Status Report re Contempt Proceedings (Dkt. # 197) as follows:

| Event | Date |
|---|---|
| Filing and Service of Renewed Motion to Initial Proceedings | March 11, 2021 (Noted approximately for sixth Friday after Order of LCR Joint Submission) |

MINUTE ORDER - 1

| Opposition Papers | March 29, 2021 |
| --- | --- |
| Reply Papers | April 2, 2021 |
| Filing and Service of Motion for Contempt | May 20, 2021 (Noted approximately for sixth Friday after Order on Renewed Motion) |
| Opposition Papers | June 7, 2021 |
| Reply Papers | June 11, 2021 |

These are firm dates that can be changed only by order of the court, not by agreement of the parties.

Filed and entered this 20th day of January, 2021.

        WILLIAM M. MCCOOL
        Clerk of Court

        s/ Ashleigh Drecktrah
        Deputy Clerk

MINUTE ORDER - 2