UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES A. KLEIN, et al., <br><br> Defendants. | CASE NO. C18-0659JLR <br><br> ORDER |

On June 22, 2020, Plaintiffs and Counter Defendants California Expanded Metal Products Company and Clarkwestern Dietrich Building Systems, LLC (collectively, "Plaintiffs") moved to reopen this case to initiate contempt proceedings and moved to reopen discovery. (Mot. to Reopen (Dkt. # 166); Mot. for Disc. (Dkt. # 167).) The court granted in part the motions and ordered the parties to submit joint status reports regarding their progress. (10/19/20 Order (Dkt. # 190) at 22-23.)

//

ORDER - 1

1    On December 18, 2020, the parties submitted statements to update the court on the status of the contempt proceedings as well as over 150 pages of exhibits. (Pls. Statement (Dkt. ## 200-1 (sealed), 197 (redacted)); Defs. Statement (Dkt. # 201); *see* Trojan Decl. (Dkt. # 198) Exs. 1-12.) The parties' statements reveal numerous discovery disputes, including whether Defendants and Counter Claimants James A. Klein, BlazeFrame Industries, LTD, and Safti-Seal, Inc. (collectively, "Defendants") have withheld documents and whether various written discovery responses are deficient. (Pls. Statement at 1-5; Defs. Statement at 3-5.) Plaintiffs "anticipate that they may need to request the [c]ourt's assistance" and proposed a briefing schedule for discovery issues. (Pls. Statement at 3, 5.) The court has previously detailed the parties' "tumultuous history," including three settlements in three separate suits and now, another matter pending in the Central District of California involving the same products and transactions. (*See, e.g.*, 10/19/20 Order at 2-7; Not. of Related Case (Dkt. # 194).)

In light of these developments, the court intends to appoint Mark Walters, WSBA No. 30819, as a special master to oversee selected issues in this matter. *See* Fed. R. Civ. P. 53. The special master, whether Mr. Walters or otherwise, will bill monthly using his or her standard rate. Invoices will be paid 50%-50% by Plaintiffs and Defendants within 30 days. Special master expenses may be submitted for consideration as a taxable cost at the conclusion of the case. The court ORDERS any party that

//

//

//

ORDER - 2

1  opposes such appointment to file a brief not to exceed three pages no later than January
2  27, 2021.
3       Dated this 20th day of January, 2021.

                                        JAMES L. ROBART
                                      United States District Judge