UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES A. KLEIN, et al., <br><br> Defendants. | CASE NO. C18-0659JLR <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

Before the court is Special Master Mark Walters's report and recommendation on non-parties Seal4Safti, Inc.; SteelTec Supply, Inc.; Jaroslaw Sydry; and Leszek Orszulak's (collectively, "Non-Parties") motion to quash certain deposition subpoenas served by Plaintiff and Counter Defendant California Expanded Metal Company ("CEMCO") (Mot. to Quash (Dkt. # 210)). (R&R (Dkt. # 211).) Mr. Walters additionally reviewed CEMCO's request for sanctions and proposed a new briefing schedule for the contempt proceedings in this case. (*Id.* at 13-14.)

ORDER - 1

1        Pursuant to Federal Rule of Civil Procedure 53(f), the court must decide de novo all objections to the findings of fact or conclusions of law made or recommended by a special master.  Fed. R. Civ. P. 53(f)(3)-(4).  Here, no party objects to any of Mr. Walters's recommendations.  (*See* Dkt.; *see also* R&R at 15 (allowing parties to file objections, if any, no later than March 20, 2021).)  The court has reviewed Mr. Walters's report and recommendation in accordance with Federal Rule of Civil Procedure 53(f), the parties' submissions related to the report and recommendation, the relevant portions of the record, and the applicable law.  Having done so, the court finds Mr. Walters's reasoning persuasive in light of the record and independently reaches the same conclusions for the reasons articulated by Mr. Walters.

        Accordingly, the court ADOPTS the report and recommendation in its entirety (Dkt. # 211) and DENIES Non-Parties' motion to quash (Dkt. # 210), as detailed in Mr. Walters's report and recommendation.  The parties are DIRECTED to meet and confer to determine the time and reasonable accommodations for the depositions.  The court DECLINES to impose sanctions as requested by CEMCO.  The court additionally ADOPTS the proposed briefing schedule as follows:

//
//
//
//
//
//

| Event | Date |
|---|---|
| Filing and Service of Renewed Motion to Initial Proceedings | May 13, 2021 (Noted for the third Friday thereafter consistent with LCR 7(d)(3)) |
| Filing and Service of Motion for Contempt | July 15, 2021 (Noted for the fourth Friday thereafter consistent with LCR 7(d)(3)) |

Dated this 26th day of March, 2021.

*[signature]*

JAMES L. ROBART
United States District Judge