UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, et al.,<br><br>                    Plaintiffs,<br>    v.<br><br>JAMES A. KLEIN, et al.,<br><br>                    Defendants. | CASE NO. C18-0659JLR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Before the court is Special Master Mark Walters's report and recommendation on Plaintiffs California Expanded Metal Products Company and Clarkwestern Dietrich Building Systems LLC's (collectively, "Plaintiffs") motion to compel Defendants James A. Klein and Safti-Seal, Inc. (collectively, "Defendants") to fully respond to various requests for production. (R&R (Dkt. # 213).) Due to disagreements over whether Defendants had turned over all documents, Plaintiffs request an order allowing a third

//

ORDER - 1

1 party to independently image and search Defendants' servers, computers and electronic
2 devices to confirm that all responsive documents have been produced.  (*Id.* at 2-5.)
3    Pursuant to Federal Rule of Civil Procedure 53(f), the court must decide de novo
4 all objections to the findings of fact or conclusions of law made or recommended by a
5 special master.  Fed. R. Civ. P. 53(f)(3)-(4).  Here, neither party objects to Mr. Walters's
6 recommendation.  (*See* Dkt.; *see also* R&R at 9 (allowing parties to file objections, if
7 any, within ten days).)  The court has reviewed Mr. Walters's report and recommendation
8 in accordance with Federal Rule of Civil Procedure 53(f), the relevant portions of the
9 record, and the applicable law.  Having done so, the court finds Mr. Walters's reasoning
10 persuasive and independently reaches the same conclusions for the reasons articulated by
11 Mr. Walters.  Accordingly, the court ADOPTS the report and recommendation in its
12 entirety (Dkt. # 213) and DENIES Plaintiffs' motion to compel without prejudice.
13    Dated this 16th day of April, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2