THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD., a Washington Company, and SAFTI-SEAL, INC., a Washington company,<br><br>Defendants. | Case No. 18-cv-00659-JLR<br><br>**REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON PLAINTIFF'S MOTION FOR OVERLENGTH BRIEF** |

THIS MATTER is before the Special Master pursuant to the Court's order (Dkt. No. 208) and on a motion for leave to file an overlength brief filed by the Plaintiffs California Expanded Metal Company ("CEMCO") and Clarkwestern Dietrich Building Systems LLC ("ClarkDietrich") (collectively "Plaintiffs") pursuant to Local Civil Rule ("LCR") 7(f). Plaintiffs request 35 pages for their brief seeking to add Non-Parties, Seal4Safti, Inc., SteelTec Supply, Inc., Jaroslaw Sydry, and Leszek Orszulak (collectively, the "Non-Parties") to these contempt proceedings. Non-Parties oppose the request for 35 pages but do not oppose a motion to expand the page limit to 24 pages, i.e., the length provided for

REPORT AND RECOMMENDATION OF THE SPECIAL MASTER - 1
No. 18-cv-00659

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

dispositive motions.

Having considered the motion and the Non-Parties' opposition, the Special Master recommends that the motion be granted in-part. The Special Master recommends that Plaintiffs be provided 30 pages for their motion and that any opposition be expanded to 30 pages as well. The Special Master recommends further that any reply brief shall not exceed 15 pages.

Pursuant to the order appointing the Special Master, objections may be filed and served upon all parties within ten (10) days. Any objections should be noted and briefed as second-Friday motions pursuant to LCR 7(d)(2) not exceed six pages consistent with LCR 7(e)(2).

DATED this 11th day of May 2021.

LOWE GRAHAM JONES PLLC

Mark Walters, WSBA #30,819
walters@lowegrahamjones.com
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

REPORT AND RECOMMENDATION OF THE SPECIAL MASTER - 2
No. 18-cv-00659

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

## CERTIFICATE OF SERVICE

I certify that on May 11th, 2021, a copy of this pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's electronic filing system.

*/s/Rischel Voigt*
Rischel Voigt, Paralegal

REPORT AND RECOMMENDATION OF THE SPECIAL MASTER - 3
No. 18-cv-00659

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301