UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES A. KLEIN, et al.,<br><br>Defendants. | CASE NO. C18-0659JLR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATIONS |

Before the court are two report and recommendations issued by Special Master Mark Walters on (1) non-parties Seal4Safti, Inc. ("S4S"), SteelTec Supply, Inc., Jaroslaw Sydry, and Leszek Orszulak's (collectively, "Non-Parties") motion to stay discovery and motion practice pending the outcome of a related case in the Central District of California (1st R&R (Dkt. # 215); *see also* Not. of Related Case (Dkt. # 194)); and (2) Plaintiffs California Expanded Metal Products Company and Clarkwestern Dietrich Building Systems LLC's (collectively, "Plaintiffs") motion for leave to file an overlength brief (2d

R&R (Dkt. # 216)). The Non-Parties request an order staying any further discovery or motion practice relating to them until the lawsuit brought by S4S challenging the validity of the underlying patents is resolved. (1st R&R at 2-3); *see Seal4Safti, Inc. v. California Expanded Metal Prods. Co.*, No. 2:20-cv-10409-JFW-PD (C.D. Cal. 2020). Plaintiffs request 35 pages for their brief seeking to add the Non-Parties to the contempt proceedings. (2d R&R at 1.)

Pursuant to Federal Rule of Civil Procedure 53(f), the court must decide de novo all objections to the findings of fact or conclusions of law made or recommended by a special master. Fed. R. Civ. P. 53(f)(3)-(4). Here, no party objects to either of Mr. Walters's recommendations. (*See* Dkt.; *see also* 1st R&R at 8 (allowing parties to file objections, if any, within ten days); 2d R&R at 2 (same).) The court has reviewed Mr. Walters's report and recommendations in accordance with Federal Rule of Civil Procedure 53(f), the relevant portions of the record, and the applicable law. Having done so, the court finds Mr. Walters's reasoning persuasive and independently reaches the same conclusions for the reasons articulated by Mr. Walters. Accordingly, the court ADOPTS the two report and recommendations in their entirety (Dkt. ## 215, 216), DENIES the Non-Parties' motion to stay, and GRANTS in part Plaintiffs' motion for

//
//
//
//
//

leave to file an overlength brief. Plaintiffs' motion and any opposition shall not exceed 30 pages, and any reply shall not exceed 15 pages.

Dated this 14th day of May, 2021.

JAMES L. ROBART
United States District Judge