THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD., a Washington Company, and SAFTI-SEAL, INC., a Washington company, <br><br> Defendants. | Case No. 18-cv-00659-JLR <br><br> **REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON PLAINTIFF'S RENEWED MOTION TO ADD NON-PARTIES** |

THIS MATTER is before the Special Master on the Plaintiffs' Renewed Motion to Add Non-Parties. A hearing was held on the motion on June 25, 2021, before the Special Master. During the hearing, the Special Master requested a supplemental brief by Plaintiff not exceeding three pages on the issue of successor liability and on the applicable burden of proof. Plaintiffs' supplemental brief will be filed no later than June 29, 2021. A response by the non-parties not exceeding three pages is due on or before July 6, 2021.

In view of the request for supplemental briefing on the Plaintiffs' Renewed Motion to add Non-Parties, the Special Master recommends that the deadline for Plaintiffs' Motion

REPORT AND RECOMMENDATION OF THE SPECIAL MASTER - 1
No. 18-cv-00659

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

for Contempt be extended from July 15, 2021, to August 5, 2021.

DATED this 28th day of June 2021.

LOWE GRAHAM JONES PLLC

*/s/ Mark P. Walters*

Mark Walters, WSBA #30,819
walters@lowegrahamjones.com
701 Fifth Avenue, Suite 4800
Seattle, WA 98104

**REPORT AND RECOMMENDATION OF THE SPECIAL MASTER - 2**
No. 18-cv-00659

## CERTIFICATE OF SERVICE

I certify that on June 28th, 2021, a copy of this pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's electronic filing system.

/s/Rischel Voigt
Rischel Voigt, Paralegal

REPORT AND RECOMMENDATION OF THE SPECIAL MASTER - 3
No. 18-cv-00659

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301