1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, et al., | CASE NO. C18-0659JLR |
| Plaintiffs, | ORDER |
| v. | |
| JAMES A. KLEIN, et al., | |
| Defendants. | |

16   Before the court is a report and recommendation by Special Master Mark Walters

17 recommending that the deadline for Plaintiffs California Expanded Metal Products

18 Company and Clarkwestern Dietrich Building Systems LLC's (collectively, "Plaintiffs")

19 motion for contempt be extended from July 15, 2021, to August 5, 2021.  (R&R (Dkt.

20 # 218).)  The court has reviewed Mr. Walters's report and recommendation, the relevant

21 portions of the record, and the applicable law.  Finding good cause to extend the deadline

22 for Plaintiffs' motion for contempt, the court ADOPTS the report and recommendation in

1    its entirety (Dkt. # 218) and EXTENDS the deadline for the motion for contempt from

2    July 15, 2021, to August 5, 2021.

3        Dated this 29th day of June, 2021.

4

5                                    _____

6                                      JAMES L. ROBART
                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2