THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD., a Washington Company, and SAFTI-SEAL, INC., a Washington company,<br><br>　　　　　　　　　Defendants. | Case No. 18-cv-00659-JLR<br><br>**REPORT AND RECOMMENDATION OF THE SPECIAL MASTER ON BRIEFING SCHEDULE** |

THIS MATTER is before the Special Master on the Parties' stipulation to extend the time for Plaintiff's Motion for Contempt. In view of the Parties' objections (Dkt. Nos. 223 & 231) to the Special Master's Report and Recommendation on Plaintiff's Renewed Motion to add Non-Parties (Dkt No. 218), the parties have agreed to extend the deadline by which Plaintiff must file its Motion for Contempt until seven (7) days following the Court's ruling on Plaintiff's Renewed Motion to add Non-Parties. The Special Master finds good cause for the extension of time because it will allow Plaintiff's Motion for Contempt to address the parties deemed by the Court to be properly within the scope of the injunction.

REPORT AND RECOMMENDATION OF THE SPECIAL MASTER - 1
No. 18-cv-00659

1  DATED this 2nd day of August 2021.

2

3                                          LOWE GRAHAM JONES PLLC

4                                          _____
                                           Mark Walters, WSBA #30,819
5                                          walters@lowegrahamjones.com
                                           701 Fifth Avenue, Suite 4800
6                                          Seattle, WA  98104

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REPORT AND RECOMMENDATION OF THE SPECIAL MASTER - 2
No. 18-cv-00659

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**CERTIFICATE OF SERVICE**

I certify that on August 2, 2021, a copy of this pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via email.

/s/Rischel Voigt
Rischel Voigt, Paralegal

REPORT AND RECOMMENDATION OF THE SPECIAL MASTER - 3
No. 18-cv-00659

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301