The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company,<br><br>Plaintiffs,<br>v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD., a Washington company; and SAFTI-SEAL, INC., a Washington company,<br><br>Defendants. | CASE NO. 2:18−cv−00659−JLR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL<br><br>The Honorable James L. Robart<br>Courtroom 14106 |

[Proposed] Order
CASE NO. 2:18-cv-00659-JLR

TROJAN LAW OFFICES
9250 WILSHIRE BLVD., STE 325
BEVERLY HILLS, CA 90212
310.777.8399 FAX: 310.777.8348

The Honorable James L. Robart

This matter comes before the Court on Plaintiffs California Expanded Metal Products Company's ("CEMCO") and Clarkwestern Dietrich Building Systems LLC's, d.b.a. ClarkDietrich Building Systems ("ClarkDietrich") (collectively "Plaintiffs") Motion to Seal the unredacted version of Plaintiffs' Objection to the Special Master's Report and Recommendation Re Plaintiffs' Motion to Initiate Contempt Proceedings Against Third Parties.

The Court, having considered all the papers and argument submitted in connection with this Motion,

**IT IS HEREBY ORDERED THAT:**

The motion to seal is **GRANTED.**

**IT IS SO ORDERED.**

Dated this 2ND day of August, 2021

_____
Honorable James L. Robart
United States District Judge

[Proposed] Order
CASE NO. 2:18-cv-00659-JLR

-1-

TROJAN LAW OFFICES
9250 WILSHIRE BLVD., STE 325
BEVERLY HILLS, CA 90212
310.777.8399  FAX: 310.777.8348