UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES A. KLEIN, et al.,<br><br>Defendants. | CASE NO. C18-0659JLR<br><br>ORDER |

Before the court is a report and recommendation ("R&R") by Special Master Mark Walters recommending that the deadline for Plaintiffs' California Expanded Metal Products Company and Clarkwestern Dietrich Building Systems LLC (collectively, "Plaintiffs") to file their motion for contempt be extended to seven (7) days following the court's ruling on the currently pending R&R and objections regarding Plaintiffs' renewed motion to add non-parties. (See 8/2/21 R&R (Dkt. #235); 7/20/21 R&R (Dkt. # 220); Seal4Safti Obj. (Dkt. # 223); Pls. Obj. (Dkt. # 231).) All parties agree that given the

ORDER - 1

objections regarding the addition of non-parties, the deadline by which Plaintiffs must file their motion for contempt should be extended. (8/2/21 R&R at 1.)

Having reviewed the R&R, the relevant portions of the record, and the appliable law, the court finds good cause to extend the deadline for Plaintiffs' motion for contempt. Accordingly, the court ADOPTS the R&R in its entirety (Dkt. # 235) and EXTENDS the deadline for the motion for contempt to seven (7) days following the court's order on the pending R&R (Dkt. # 218) and objections (Dkt. ## 223, 231).

Dated this 3RD day of August, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2