# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES A. KLEIN, et al., <br><br> Defendants. | CASE NO. C18-0659JLR <br><br> MINUTE ORDER DIRECTING CLERK TO UNSEAL ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is the joint statement of Plaintiffs California Expanded Metal Products Company and Clarkwestern Dietrich Building Systems LLC and Defendants James A. Klein, Safti Seal, Inc., and Seal4Safti, Inc. (collectively, "the parties") regarding the need for redactions to the court's provisionally sealed order on September 1, 2021. (Jt. Statement (Dkt. # 254); *see* 9/1/21 Order (Dkt. # 251) at 26.) The parties

MINUTE ORDER - 1

1  indicate that there is no need for redaction and that the order may be publicly filed in its

2  entirety.  (Jt. Statement at 1.)  Accordingly, the court DIRECTS the Clerk to remove the

3  seal on the previous order (Dkt. # 251).

4        Filed and entered this 16th day of September, 2021.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2