UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES A. KLEIN, et al., <br><br> Defendants. | CASE NO. C18-0659JLR <br><br> ORDER |

Before the court is the joint status report submitted by Plaintiffs California Expanded Metal Products Company and Clarkwestern Dietrich Building Systems LLC (collectively, "Plaintiffs"), Defendants James A. Klein and Safti Seal, Inc. (collectively, "Defendants"), and non-party Seal4Safti, Inc. ("S4S")[1] (collectively, "the parties") pursuant to the court's February 16, 2022 contempt order (2/16/22 Order (Dkt. # 301) at

---

[1] S4S is not a party to the underlying litigation, but it was added to these contempt proceedings on September 1, 2021. (*See* 9/1/21 Order (Dkt. # 251).)

ORDER - 1

54-55). (JSR (Dkt. # 302).) In the joint status report, the parties set forth a proposed schedule regarding how to proceed with the damages phase of this action and a joint statement confirming that the court's February 16, 2022 Order (Dkt. # 301) and Special Master Mark Walters's December 10, 2021 report and recommendation (Dkt. # 268) "require no redactions and may be publicly filed in their entirety." (*See* JSR at 2.)

Having reviewed the parties' joint status report, the court:

1. DIRECTS the Clerk to unseal the court's February 16, 2022 order (Dkt. # 301) and Mr. Walters's December 10, 2021 report and recommendation (Dkt. # 268); and

2. ADOPTS the parties' proposed schedule as follows:

| EVENT | DEADLINE |
| --- | --- |
| Damages discovery phase begins | March 14, 2022 |
| Plaintiffs' deadline to disclose damages expert(s) | May 2, 2022 |
| Defendants and S4S's deadline to disclose rebuttal damages expert(s) | May 30, 2022 |
| Damages discovery phase closes | June 14, 2022 |
| Plaintiffs file a joint opening brief regarding damages to Mr. Walters | July 8, 2022 |
| Defendants and S4S file a joint responsive brief to Mr. Walters | July 22, 2022 |

ORDER - 2

| | |
|---|---|
| Plaintiffs file a joint reply brief to Mr. Walters / Noting Date | July 29, 2022 |

Dated this 8th day of March, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 3