THE HONORABLE JAMES L. ROBART
SPECIAL MASTER MARK P. WALTERS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD., a Washington company; and SAFTI-SEAL, INC., a Washington company,<br><br>　　　　　　　　Defendants. | CASE NO. 2:18−cv−00659−JLR<br><br>**STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF DEADLINES**<br><br>**NOTE ON MOTION CALENDAR:<br>April 27, 2022** |

JLR

　　　　Pursuant to LCR 7(d)(1), Plaintiffs CEMCO and ClarkDietrich ("Plaintiffs"), Defendants James A. Klein and Safti Seal, Inc. ("Defendants"), and Added-Party Seal4Safti, Inc. ("S4S") (collectively, "the Parties") respectfully request the Special Master to recommend to the Court to extend Plaintiffs' deadline to disclose damages expert(s) by three weeks to May 23, 2022 and all related dates accordingly.

On March 8, 2022, the Court set the schedule for the damages phase of the instant contempt proceedings (Dkt. 303) ("Order") as follows:

| EVENT | DEADLINE |
| --- | --- |
| Damages discovery phase begins | March 14, 2022 |
| Plaintiffs' deadline to disclose damages expert(s) | May 2, 2022 |
| Defendants/S4S' deadline to disclose rebuttal damages expert(s) | May 30, 2022 |
| Damages discovery phase closes | June 14, 2022 |
| Plaintiffs file joint Opening Brief re damages to Special Master | July 8, 2022 |
| Defendants and S4S file joint Response Brief | July 22, 2022 |
| Plaintiffs file joint Reply Brief / Noting Date | July 29, 2022 |

Good cause exists for the extension of these deadlines. *See* Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."); *Johnson v. Mammoth Recreations, Inc.* 975 F2d 604, 609 (9th Cir. 1992) (noting "[t]he district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the extension." (internal quotations omitted)).

Plaintiffs are unable to meet the deadline to disclose their damages expert despite their diligence in conducting discovery. Even before the opening of the discovery phase on March 14, 2022, Plaintiffs served a letter to Defendants and S4S on March 10 requesting the supplementation of document production regarding damages. On the day discovery opened on March 14, Plaintiffs propounded additional document requests to S4S related to damages. S4S responded on April 13, 2022 to the requests for production, but there are unresolved disagreements as to the scope of the discovery and Plaintiffs have not yet received any supplemental documents. The Parties are currently coordinating a time to meet and confer on the supplementation of documents. Thus, Plaintiffs do not have the necessary financial information for their expert to prepare her report by the current May 2 deadline. As other discovery deadlines depend on the May 2 deadline for Plaintiffs' expert disclosure, the Parties

Joint Motion Re Extension of Deadlines
Case No. 2:18−cv−00659−JLR

request that the Court extend all deadlines by three weeks as follows.

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|---|---|---|
| Damages discovery phase begins | March 14, 2022 | |
| Plaintiffs' deadline to disclose damages expert(s) | May 2, 2022 | May 23, 2022 |
| Defendants/S4S' deadline to disclose rebuttal damages expert(s) | May 30, 2022 | June 20, 2022 |
| Damages discovery phase closes | June 14, 2022 | July 5, 2022 |
| Plaintiffs file joint Opening Brief re damages to Special Master | July 8, 2022 | July 29, 2022 |
| Defendants and S4S file joint Response Brief | July 22, 2022 | August 12, 2022 |
| Plaintiffs file joint Reply Brief / Noting Date | July 29, 2022 | August 19, 2022 |

For the foregoing reasons, the Court should grant the Motion.

Respectfully submitted,

TROJAN LAW OFFICES

by

April 27, 2022

/s/ R. Joseph Trojan
R. Joseph Trojan *(pro hac vice)*
9250 Wilshire Blvd.
Beverly Hills, CA
Attorney for Plaintiff,
CALIFORNIA EXPANDED METAL PRODUCTS COMPANY

April 27, 2022

/s/ Paul D. Swanson
Paul D. Swanson (WSBA No. 13656)
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111
Telephone: 206-223-7000
Attorney for Plaintiff,
CALIFORNIA EXPANDED METAL PRODUCTS COMPANY

April 27, 2022

/s/ Ann G. Schoen
Ann G. Schoen *(pro hac vice)*
FROST BROWN TODD LLC
301 East Fourth Street, Suite 3300
Cincinnati, OH 45202
Telephone: 513-651-6128

|   |   |   |
|---|---|---|
| 1 |  | Attorney for Plaintiff, |
| 2 |  | CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC |
| 3 |  |  |
| 4 | April 27, 2022 | /s/ Robert J. Carlson |
|   |  | Robert J. Carlson (WSBA No. 18455) |
| 5 |  | LEE & HAYES PLLC |
|   |  | 701 Pike Street, Suite 1600 |
| 6 |  | Seattle, WA 98101 |
|   |  | Telephone: 206-876-6029 |
| 7 |  | Attorney for Plaintiff, |
|   |  | CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC |
| 8 |  |  |
| 9 | April 27, 2022 | /s/ Patrick C. Bageant |
| 10 |  | Patrick C. Bageant (No. 44268) |
|   |  | HOLLYSTONE LAW |
| 11 |  | 1775 West State Street, #286 |
|   |  | Boise, ID 83702 |
| 12 |  | Telephone: 208-596-5343 |
| 13 |  |  |
|   |  | Thomas E Loop (No. 27546) |
| 14 |  | LOOP INTELLECTUAL PROPERTY LAW |
|   |  | 1700 Seventh Avenue, Suite 2100 |
| 15 |  | Seattle, WA 98101 |
|   |  | Telephone: 206-568-3100 |
| 16 |  |  |
| 17 |  | Attorneys for Defendants |
| 18 |  |  |
| 19 | April 27, 2022 | /s/  Molly A. Hage |
|   |  | Molly Hage (No. 52408) |
| 20 |  | ELAM & BURKE, P.A. |
|   |  | 251 E. Front St., Ste 300 |
| 21 |  | P.O. Box 1539 |
|   |  | Boise, ID 83701 |
| 22 |  | Telephone: (208) 343-5454 |
|   |  | Facsimile: (208) 384-5844 |
| 23 |  | E-mail: mah@elamburke.com |
| 24 |  | Attorneys for Seal4Safti, Inc., Jaroslaw Sydry, Leszek Orszulak, and SteelTec |
| 25 |  |  |
| 26 |  |  |
| 27 |  |  |

Joint Motion Re Extension of Deadlines
Case No. 2:18−cv−00659−JLR

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED
3  Dated this 27th day of April, 2022.

_____
4  The Honorable James L. Robart
   UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27