THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD., a Washington Company, and SAFTI-SEAL, INC., a Washington company,<br><br>Defendants. | Case No. 18-cv-00659-JLR<br><br>**REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION TO COMPEL KLEIN AND S4S TO PRODUCE AND SUPPLEMENT DOCUMENT PRODUCTION** |

THIS MATTER is before the Special Master on a motion filed by Plaintiffs California Expanded Metal Products Company ("CEMCO") and Clarkwestern Dietrich Building Systems LLC's ("ClarkDietrich") (collectively, "Plaintiffs") to compel discovery from Defendants James A. Klein ("Klein") and Safti-Seal, Inc. ("Safti-Seal") (collectively, "Defendants") and non-party, Seal4Safti, Inc. ("S4S").

Plaintiffs moved to reopen this case for patent infringement and breach of contract on June 22, 2020 (Dkt. No. 166), alleging violation by Defendants and several non-parties of a permanent injunction entered by consent on January 3, 2020 (Dkt. No. 164). The Court

REPORT AND RECOMMENDATION OF THE SPECIAL MASTER - 1
No. 18-cv-00659

LOWE GRAHAM JONES℠

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

found Klein and S4S in contempt on February 16, 2022. (Dkt. No. 301.) Discovery related to damages had been bifurcated from liability for contempt (Dkt. No. 253), and the parties have been conducting damages discovery since March 14, 2022, according to a schedule set by the Court (Dkt. No. 303).

Plaintiffs' motion to compel was submitted to the Special Master on May 19, 2022, fully briefed by June 3, 2022, and a hearing was held on June 20, 2022. At the hearing, the Special Master asked the parties to supplement their briefing regarding the status of their discovery disputes and to identify any remaining issues for resolution by the Court.

On June 24, 2022, a joint, supplemental brief was received by the Special Master wherein the parties informed the Special Master that agreement had been reached on all issues raised in Plaintiffs' motion, save Plaintiffs' request for fees as a discovery sanction pursuant Fed. R. Civ. P. 37(a)(5)(C). The parties also submitted a stipulation to extend damages discovery as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Damages discovery phase closes | July 5, 2022 | August 5, 2022 |
| Plaintiffs file joint Opening Brief re damages to Special Master | July 29, 2022 | August 26, 2022 |
| Defendants and S4S file joint Response Brief | August 12, 2022 | September 9, 2022 |
| Plaintiffs file joint Reply Brief/Noting Date | August 19, 2022 | September 16, 2022 |

NOW, THEREFORE, being fully advised of the matter, the Special Master hereby makes the following report and recommendation pursuant to Fed. R. of Civ. P. 53. As for Plaintiffs' request for fees pursuant to Rule 37(a)(5)(C) in connection with bringing the motion to compel, that rule states "[i]f the motion is granted in part and denied in part, the

REPORT AND RECOMMENDATION OF THE SPECIAL MASTER - 2
No. 18-cv-00659

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

court . . . may, after giving an opportunity to be heard, apportion the reasonable expenses for the motion." Fed. R. Civ. P. 37(a)(5)(C). Plaintiffs maintain they should be awarded fees because S4S delayed its document production, only producing certain responsive documents until after the motion was filed. S4S counters that the discovery requests were overbroad and unduly burdensome, given the scope of the Court's contempt order, i.e., the order's limitation to conduct inducing infringement in connection with the application of the FRG strip to U-shaped track products. Plaintiffs maintain they should be awarded fees from Klein based on his failure to respond to inquiries regarding whether he had supplemental documents or information to produce separately from what S4S was obligated to produce. Klein responds that he has no documents or information for supplementation and that the discovery dispute raised in Plaintiffs' motion was directed to alleged discovery deficiencies by S4S only.

Based on his review of the record, the Special Master recommends an order denying Plaintiffs' fee request. The discovery as originally propounded to S4S was overbroad. The parties worked to further narrow those requests, and ultimately reached agreement on scope. Additionally, when this discovery dispute arose, S4S and CEMCO were engaged in a jury trial in the Central District of California which complicated their ability to fully discuss the dispute and reach agreement. As for Defendant Klein, he had no further documents for supplementation apart from what S4S was obligated to produce, and it is unclear on this record whether he was under an obligation to participate in the discovery conferences held between S4S and Plaintiffs.

Regarding the parties' requested modification to the case schedule, the Special Master finds good cause for the requested extension and recommends that it be entered

REPORT AND RECOMMENDATION OF THE SPECIAL MASTER - 3
No. 18-cv-00659

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1  based on the parties' stipulation.

2

3      DATED this 27th day of June 2022.

4
                                        LOWE GRAHAM JONES PLLC
5
                                        _____
6                                       Mark Walters, WSBA #30,819
                                        walters@lowegrahamjones.com
7                                       701 Fifth Avenue, Suite 4800
                                        Seattle, WA  98104
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**REPORT AND RECOMMENDATION OF THE SPECIAL MASTER - 4**
No. 18-cv-00659

**CERTIFICATE OF SERVICE**

I certify that on June 27, 2022, a copy of this pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via email.

/s/Rischel Voigt
Rischel Voigt, Paralegal

REPORT AND RECOMMENDATION OF THE SPECIAL MASTER - 5
No. 18-cv-00659

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301