UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES A. KLEIN, et al., <br><br> Defendants. | CASE NO. C18-0659JLR <br><br> ORDER |

Before the court is a report and recommendation issued by Special Master Mark Walters recommending that the court: (1) deny Plaintiffs California Expanded Metal Products Company ("CEMCO") and Clarkwestern Dietrich Building Systems LLC's ("ClarkDietrich") (collectively, "Plaintiffs") request for fees in relation to their motion to compel discovery from Defendants James A. Klein ("Klein") and Safti-Seal, Inc. ("Safti-Seal") (collectively, "Defendants") and non-party Seal4Safti, Inc. ("S4S"); and

//

ORDER - 1

(2) grant the parties' stipulated motion to extend the deadlines for damages discovery and briefing regarding damages. (R&R (Dkt. # 306) at 3-4.)

During the damages-related discovery portion of this action, Plaintiffs submitted a motion to compel discovery from Defendants and S4S to Mr. Walters. (*Id.* at 2.) After holding a hearing on Plaintiffs' motion, Mr. Walters asked the parties to file a joint brief "regarding the status of their discovery disputes and to identify any remaining issues for resolution by the [c]ourt." (*Id.*) In their joint brief, the parties informed Mr. Walters that they reached an agreement "on all issues raised in Plaintiffs' motion, save Plaintiffs' request for fees as a discovery sanction pursuant Fed. R. Civ. P. 37(a)(5)(C)." (*Id.*) The parties also submitted a stipulation to extend the deadlines for damages discovery and briefing regarding damages. (*Id.*) Mr. Walters recommends that the court deny Plaintiffs' request for fees because: the "discovery as originally propounded to S4S was overbroad"; the parties worked together to "narrow those requests, and ultimately reached agreement on scope" without court intervention; "when this discovery dispute arose, S4S and CEMCO were engaged in a jury trial in the Central District of California which complicated their ability to fully discuss the dispute and reach agreement"; and Mr. Klein "had no further documents for supplementation apart from what S4S was obligated to produce, and it is unclear on this record whether he was under an obligation to participate in the discovery conferences held between S4S and Plaintiffs." (*Id.* at 3.) Additionally, Mr. Walters recommends that the court grant the parties' request to modify the schedule for the damages phase of these contempt proceedings because good cause exists for the

//

ORDER - 2

requested extension. (*Id.* at 3-4; *see also* 4/27/22 Order (Dkt. # 305) (setting forth the current damages phase schedule).)

Pursuant to Federal Rule of Civil Procedure 53(f), the court must decide de novo all objections to the findings of fact or conclusions of law made or recommended by a special master. Fed. R. Civ. P. 53(f)(3)-(4). Here, no party objects to either of Mr. Walters's recommendations. (*See generally* Dkt.) The court has reviewed Mr. Walters's report and recommendation in accordance with Federal Rule of Civil Procedure 53(f), the relevant portions of the record, and the applicable law. Having done so, the court finds Mr. Walters's reasoning persuasive and independently reaches the same conclusions for the reasons articulated by Mr. Walters. Accordingly, the court ADOPTS the report and recommendation in its entirety (Dkt. # 306); DENIES Plaintiffs' request for fees in relation to their motion to compel; and GRANTS the parties' stipulated motion to extend the deadlines for damages discovery and briefing regarding damages as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Damages discovery phase closes | July 5, 2022 | August 5, 2022 |
| Plaintiffs file a joint opening brief regarding damages to Mr. Walters | July 29, 2022 | August 26, 2022 |
| Defendants and S4S file a joint responsive brief to Mr. Walters | August 12, 2022 | September 9, 2022 |
| Plaintiffs file a joint reply brief to Mr. Walters / Noting Date | August 19, 2022 | September 16, 2022 |

//

//

ORDER - 3

1  Dated this 8th day of July, 2022.

_____
JAMES L. ROBART
United States District Judge

ORDER - 4