THE HONORABLE JAMES L. ROBART
SPECIAL MASTER MARK P. WALTERS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company,<br><br>Plaintiffs,<br>v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD., a Washington company; and SAFTI-SEAL, INC., a Washington company,<br><br>Defendants. | CASE NO. 2:18−cv−00659−JLR  **JLR**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED MOTION FOR OVER-LENGTH BRIEFING RE: CONTEMPT DAMAGES**<br><br>The Honorable James L. Robart<br>Courtroom 14106 |

[~~Proposed~~] Order re: Overlength Briefing
CASE NO. 2:18−cv−00659−JLR

This matter comes before the Court on Plaintiffs CEMCO and ClarkDietrich ("Plaintiffs") and Defendants James A. Klein and Safti Seal, Inc. ("Defendants") and Added-Party Seal4Safti, Inc.'s ("S4S") (collectively, "the Parties") Stipulated Motion to File Over-Length Briefs Pursuant to LCR 7(f) Re: Plaintiffs' Motion for Contempt Damages. The Court, for good cause appearing, **grants** the Stipulated Motion.

**IT IS HEREBY ORDERED THAT:**

The page limits for the briefing regarding contempt damages are as follows:

| Brief | Page Limit |
| --- | --- |
| Plaintiffs' Opening Brief for Contempt Damages | 30 |
| Defendants and Added-Party S4S's Combined Opposition Brief | 30 |
| Plaintiffs' Reply Brief | 15 |

**IT IS SO ORDERED.**

Dated this  23rd  day of August, 2022

_____
Honorable James L. Robart
United States District Judge

Presented by:

TROJAN LAW OFFICES

by

/s/ R. Joseph Trojan
R. Joseph Trojan *(pro hac vice)*
9250 Wilshire Blvd.
Beverly Hills, CA
Attorney for Plaintiff,
CALIFORNIA EXPANDED METAL PRODUCTS COMPANY

[~~Proposed~~] Order re: Overlength Briefing            -1-
CASE NO. 2:18−cv−00659−JLR