UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD, a Washington Company, and SAFTI-SEAL, INC., a Washington company,<br><br>Defendants. | Case No. 2:18-cv-00659-JLR<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SEAL EXHIBITS A, B, C, D, AND E TO THE DECLARATION OF MOLLY A. HAGE IN SUPPORT OF SEAL4SAFTI, INC.'S OBJECTION TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR CONTEMPT DAMAGES AND OTHER REMEDIES<br><br>**JLR** |

/

/

/

/

The court, having read and considered the Unopposed Motion to Seal Exhibits A, B, C, D, and E to the Declaration of Molly A. Hage in Support of Seal4Safti, Inc.'s Objection to the Special Master's Report and Recommendation Plaintiffs' Motion for Contempt Damages and Other Remedies, hereby GRANTS the Motion for leave to file the following documents under seal:

1. Exhibits A, B, C, D, and E to the Declaration of Molly A. Hage in Support of Seal4Safti, Inc.'s Objection to the Special Master's Report and Recommendation Plaintiffs' Motion for Contempt Damages and Other Remedies.

IT IS SO ORDERED.

DATED December 2, 2022

Honorable James L. Robart
United States District Judge