UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES A. KLEIN, et al., <br><br> Defendants. | CASE NO. C18-0659JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court are the parties' statements regarding the need for redaction of the court's January 26, 2023 order (1/26/23 Order (Dkt. # 332)) and Special Master Mark Walters's November 14, 2022 report and recommendation (R&R (Dkt. # 310)). (Pls. & Defs. St. (Dkt. # 334); S4S St. (Dkt. # 333).) With respect to the report and recommendation, the parties agree Mr. Walters's reference to the deposition testimony of

MINUTE ORDER - 1

third-parties Valley Interiors and Anning Johnson, which were designated confidential, should be redacted from the report and recommendation. (*See* S4S St. at 1; Pls. & Defs. St. at 2.) As to the court's January 26, 2023 order, Plaintiffs and Defendants agree that the order may be filed publicly without any redactions. (*See* Pls. & Defs. St. at 2.) Non-party Seal4Safti, Inc. ("S4S"),[1] however, asks the court to redact the names of Non-Parties SteelTec Supply, Inc., Jaroslaw Sydry, and Leszek Orszulak from references in the order to Plaintiffs' attempt to add those parties to these contempt proceedings. (S4S St. at 3 (asking, alternatively, that the court "add language to the [o]rder specifically indicating that the [c]ourt rejected Plaintiffs' attempt to add" those parties).) The court declines to do so.

Having reviewed the parties' responses, the court DIRECTS the Clerk to unseal the court's January 26, 2023 order (Dkt. # 332) and to maintain the seal on Mr. Walters's November 14, 2022 report and recommendation (Dkt. # 310). The court will file a redacted version of Mr. Walters's report and recommendation.

Filed and entered this 15th day of February, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

---

[1] S4S is not a party to the underlying litigation, but it was added to these contempt proceedings on September 1, 2021. (*See* 9/1/21 Order (Dkt. # 251).)

MINUTE ORDER - 2