THE HONORABLE JAMES L. ROBART
SPECIAL MASTER MARK P. WALTERS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD., a Washington company; and SAFTI-SEAL, INC., a Washington company,<br><br>Defendants. | CASE NO. 2:18−cv−00659−JLR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' LCR 7(f) MOTION TO FILE OVER-LENGTH MOTION FOR RECONSIDERATION OF MARCH 2, 2023 ORDER (DKT. 338)**    JLR |

[Proposed] Order Granting Over-length Motion
CASE NO. 2:18−cv−00659−JLR

TROJAN LAW OFFICES
BEVERLY HILLS

This matter comes before the Court on Plaintiffs California Expanded Metal Products Company and Clarkwestern Dietrich Building Systems LLC's, d.b.a. ClarkDietrich Building Systems' (collectively "Plaintiffs") Motion to File Over-Length Brief pursuant to LCR 7(f) re: Plaintiffs' Motion for Reconsideration of the Court's March 2, 2023 Order. The Court, having considered all the papers submitted therewith, **grants** Plaintiffs' Motion to File Over-Length Brief.

**IT IS HEREBY ORDERED THAT:**

Plaintiffs' Motion for Reconsideration shall be enlarged to 3,500 words.

**IT IS SO ORDERED.**

Dated this 17th day of March, 2023

Honorable James L. Robart
United States District Judge

Presented by:

TROJAN LAW OFFICES

by

/s/ R. Joseph Trojan
R. Joseph Trojan *(pro hac vice)*
9250 Wilshire Blvd.
Beverly Hills, CA
Attorney for Plaintiff,
CALIFORNIA EXPANDED
METAL PRODUCTS COMPANY