UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, et al., <br><br>　　　　　　　Plaintiffs, <br>　　v. <br><br>JAMES A. KLEIN, et al., <br><br>　　　　　　　Defendants. | CASE NO. C18-0659JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of Plaintiffs' motion for reconsideration of the court's March 2, 2023 order discharging the daily fine against Non-Party Seal4Safti, Inc. ("S4S"). (MFR (Dkt. # 340); 3/2/23 Order (Dkt. # 338).) The court DIRECTS Defendants and S4S to file responses (or a joint response) to Plaintiffs' motion for reconsideration on or before March 27, 2023. These responses shall not exceed 3,500

MINUTE ORDER - 1

words in length.  Plaintiffs may file an optional reply, not to exceed 3,000 words in length, on or before March 31, 2023.  The court further DIRECTS the Clerk to re-note Plaintiffs' motion for reconsideration (Dkt. # 340) for March 31, 2023.

Filed and entered this 17th day of March, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2