UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES A. KLEIN, <br><br> Defendants. | CASE NO. C18-0659JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of Plaintiffs' motion for reconsideration of the court's March 2, 2023 order discharging the daily fine against Non-Party Seal4Safti, Inc. ("S4S"). (MFR (Dkt. # 340); 3/2/23 Order (Dkt. # 338).) In their motion, Plaintiffs cite to fifteen of S4S's UL listings that "reference FRG Strip applied to the outer sidewall surface of a U-shaped track." (MFR at 1, 5-6 (citing Walke Decl. (Dkt. # 342) ¶ 3, Ex. 1

MINUTE ORDER - 1

1  ("Walke Rpt.") at 2, 11, 15-16); *see also* Walke Rpt. at 18.)  However, neither Plaintiffs
2  nor their expert Richard Walke provide the court with copies of all fifteen UL listings.
3  Accordingly, the court DIRECTS Plaintiffs to file, by **April 7, 2023**, copies of the
4  following fifteen UL listings:  HW-D-0890; HW-D-0892; HW-D-0893; HW-D-0896;
5  HW-D-0897; HW-D-0899; HW-D-0900; HW-D-0903; BW-S-0055; HW-D-0889; HW-
6  D-0891; HW-D-0895; HW-D-0901; HW-D-1151; and HW-D-1152.  (*See, e.g.*, Walke
7  Rpt. at 18.)
8      Filed and entered this 4th day of April, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2