UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, et al., | CASE NO. C18-0659JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| JAMES A. KLEIN, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of Plaintiffs' motion for reconsideration of the court's March 2, 2023 order discharging the daily fine against Non-Party Seal4Safti, Inc. ("S4S"). (MFR (Dkt. # 340); 3/2/23 Order (Dkt. # 338).) In light of certain statements in the motion and the pleadings and declarations filed in support of and in opposition to the motion, the court ORDERS Defendants to file a declaration addressing (1) Mr. Klein's

MINUTE ORDER - 1

involvement with KPSI Innovations, Inc. ("KPSI") and (2) whether KPSI now owns the 15 UL listings[1] referenced in Plaintiffs' motion. (*See* MFR at 1, 5-6 (citing Walke Decl. (Dkt. # 342) ¶ 3, Ex. 1 ("Walke Rpt.") at 2, 11, 15-16).) The court further ORDERS S4S to file a declaration addressing whether it transferred ownership of all 15 UL listings to KPSI. S4S and Defendants shall file these declarations by no later than **April 26, 2023**.

Filed and entered this 18th day of April, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

---

[1] These include: BW-S-0055; HW-D-0889; HW-D-0890; HW-D-0891; HW-D-0892; HW-D-0893; HW-D-0895; HW-D-0896; HW-D-0897; HW-D-0899; HW-D-0900; HW-D-0901; HW-D-0903; HW-D-1151; and HW-D-1152. (*See* Supp. Walke Decl. (Dkt. # 353); Walke Rpt. at 18.)

MINUTE ORDER - 2