UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation; and CLARKWESTERN DIETRICH BUILDING SYSTEMS LLC, dba CLARKDIETRICH BUILDING SYSTEMS, an Ohio limited liability company<br><br>Plaintiffs,<br><br>v.<br><br>JAMES A. KLEIN, an individual; BLAZEFRAME INDUSTRIES, LTD, a Washington Company, and SAFTI-SEAL, INC., a Washington company,<br><br>Defendants. | Case No. 2:18-cv-00659-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR SEAL4SAFTI, INC. |

Upon review of the Motion to Withdraw as Counsel of Record for Seal4Safti, Inc. ("S4S") and good cause appearing;

IT IS HEREBY ORDERED that the Motion is **GRANTED** and Molly A. Miragas (Hage) and the law firm of Elam & Burke, P.A. are allowed to withdraw as counsel of record for S4S.

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR SEAL4SAFTI, INC.
(Case No. 2:18-cv-00659-JLR)

**ELAM & BURKE, P.A.**
251 E. Front Street, Suite 300
P.O. Box 1539
Boise, Idaho 83701
Telephone: 208-343-5454

1

The withdrawing attorney must continue to represent the clients until proof of service of the withdrawal order on the client has been filed with the Court.

IT IS FURTHER ORDERED that S4S must, within twenty-one (21) days after the filing of proof of service by the withdrawing attorney advising the Court that the withdrawal order has been served, advise the Court in writing as to what manner S4S will be represented. S4S, may not appear in this matter without being represented by an attorney in accordance with W.D. WA. Loc. R. 83.2(b)(4). The withdrawing attorney shall forthwith, with due diligence, serve copies of this Order Granting Motion to Withdraw as Counsel of Record for S4S upon the S4S whose last known address is 134 37th St. NE, Auburn, Washington 98002, and all other parties to this action, and shall file proof of service with the Court.

No further proceedings shall be had in the action which will affect the rights of S4S for a period of 21 days after proof of service of the Order Granting Motion to Withdraw as Counsel of Record for S4S. If S4S fails to appear in the action, either in person or through a newly appointed attorney within such twenty-one (21) day period, such failure will be sufficient grounds for the entry of a default against such party or dismissal of the action of such party with prejudice and without further notice, which shall be stated in the order of the Court.

Dated this <u>14th</u> day of May, 2024.

_____
Honorable James L Robart
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR SEAL4SAFTI, INC.
(Case No. 2:18-cv-00659-JLR)

2

ELAM & BURKE, P.A.
251 E. Front Street, Suite 300
P.O. Box 1539
Boise, Idaho 83701
Telephone: 208-343-5454